IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

STEPHEN CUMMINGS, (Plaintiff)

CASE NO: 1:26 – CV -

vs.

Case: 1:26-cv-02302          JURY DEMAND
Assigned To : Unassigned
Assign. Date : 6/4/2026
Description: Pro Se Gen. Civ.          (F-Deck)

UNITED STATES OF AMERICA,

**COMPLAINT**

U.S. DEPARTMENT OF JUSTICE,

JAMES CAMERON, LIGHTSTORM

ENTERTAINMENT INC., NEWSCORP LLC,

TWENTIETH CENTURY FOX FILM CORP.,

VIACOM INC., PARAMOUNT PICTURES

FILM CORP., PARAMOUNT HOME

ENTERTAINMENT INC., SONY INC. (USA),

SONY PICTURES FILM CORP., et. Al., (Defendants)

---

RECEIVED
Mailroom

JUN - 4 2026

Angela D. Caesar, Clerk
U.C. District Court, District of Columbia

---------------------------------------------------------------------

## NATURE OF ACTION

1. This action is founded upon the FEDERAL TORT CLAIMS ACT (28 U.S.C. §1346(b), §1402(b), §2401(b), and other statute(s), out of the ((aggravated identity theft (1995-97/continuing regarding the same property) by the defendants James Cameron, Lightstorm Entertainment Inc., Newscorp LLC, Twentieth Century Fox Film Corp., Viacom Inc., Paramount Pictures Film Corp., Paramount Home Entertainment Inc., Sony Inc. (USA), Sony Pictures Film Corp.,)), and arises out of the (negligence of the federal government), to retrieve my monies/other relief due me from (James Cameron, Lightstorm Entertainment Inc., Newscorp LLC, Twentieth Century Fox Film Corp., Viacom Inc., Paramount Pictures Film Corp., Paramount Home Entertainment Inc., Sony Inc. (USA), Sony Pictures Film Corp.,).

2. In addition, this action seeks to recover damages/relief under (Title 17 U.S.C.), copyright infringement (which is in this case certified but which does not have to be legally to be enforceable) – a persons, (words, name. image, likeness, photograph) are all copyright property of the individual without certification. In addition, this action seeks to recover damages/relief under other causes of action stated below.

## JURISDICTION AND VENUE

3. USDC Jurisdiction is appropriate citing among other things, - This action is brought under (Federal Tort Claims Act (28 U.S.C. §1346(b), §1402(b), §2401(b), and §§2671-2680)), In addition:

4. This Court has jurisdiction over this action among other things, pursuant to 28 U.S.C. § 1332(a) as the parties are diverse, and the amount in controversy is greater than $75,000.00.

5. The Court possesses personal jurisdiction over Defendants – (given the United States Government is located here), and (with regard to all non-government defendants,   on the grounds that, during the operative period alleged in the Complaint, they engaged in substantial and not isolated business activities in this District (Washington, D.C.)).

6. In addition, this Court possesses personal jurisdiction over Defendants   because Defendants  operate, conduct, engage in, or carry on a business in this state/district, or have an office or agency in this state/district;  ALL non-government defendants, either have offices here in this district (Washington, D.C.), or do business here.

7. In addition, this Court possesses personal jurisdiction over Defendants   on the grounds that all Defendants:

   a. committed a tortious act in this state/district (as alleged in this Complaint);

b.  on the grounds that Defendants caused injury to me within this state/district arising out of an act or omission by Defendants outside this state, while at or about the time of the injury, products, materials, or things processed, serviced, or manufactured by Defendants were used or consumed within this state in the ordinary course of commerce, trade, or use.

8.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) and (b)(3) because a substantial part of the events or omissions giving rise to these claims occurred in this District by virtue of the transmission and publication of the false and defamatory statements in this district (and elsewhere) and also because Defendants are subject to this Court's personal jurisdiction with respect to this action.   Venue is also appropriate given this action is brought under Federal Tort Claims Act (28 U.S.C. §1346(b), §1402(b), §2401(b), and §§2671-2680)).

## PARTIES TO THE ACTION

9.  (Plaintiff), Stephen Cummings, is a private citizen currently residing at 244 Madison Ave. (Attn 1000), New York, New York, 10016.

10.  (Defendants) James Cameron, Lightstorm Entertainment Inc.,  Newscorp LLC,   Twentieth Century Fox Film Corp.,  Viacom Inc.,   Paramount Pictures

Film Corp., Paramount Home Entertainment Inc., Sony Inc. (USA), Sony Pictures Film Corp., (a.k.a. hereafter at alternate times "Cameron/Titanic et. Al."):

-James Cameron, is an individual/private citizen residing at (919 Santa Monica Blvd, Santa Monica, CA 90401) and or (1600 Rosecrans Ave., Bldg. 5A, Manhattan Beach, CA 90266),

-Lightstorm Entertainment Inc., a private company residing at (919 Santa Monica Blvd, Santa Monica, CA 90401) and / or (1600 Rosecrans Ave., Bldg. 5A, Manhattan Beach, CA 90266),

-Newscorp LLC, is a publicly company residing at (1211 Avenue of the Americas, New York, NY 10036),

-Twentieth Century Fox Film Corp., is a publicly company residing at (500 S Buena Vista St, Burbank, CA 91521) and/or (10201 W. Pico Blvd, Los Angeles, CA 90035),

-Viacom Inc., is a publicly company residing at (1515 Broadway, New York, NY 10036),

-Paramount Pictures Film Corp., is a publicly company residing at (5555 Melrose Ave, Hollywood, CA 90038),

-Paramount Home Entertainment Inc., is a publicly company residing at (5555 Melrose Avenue, Los Angeles, CA 90038),

-Sony Inc. (USA), is a publicly company residing at (25 Madison Avenue, New York, NY 10010) and/or (c/o Sony Pictures Entertainment 10202 W. Washington Blvd. Culver City, CA 90232),

-Sony Pictures Film Corp., is a publicly company residing at (10202 W Washington Blvd, Culver City, CA 90232-3119).

10a)   (Defendants) United States of America, U.S. Department of Justice,   - (hereafter/herein a.k.a. ("U.S. Government Defendants"), is a Federal Government entity residing at (950 Pennsylvania Avenue, NW, Washington, DC 20530-0001).

## NOTICE GIVEN

11.NOTICE has been properly given to the (defendant (United States of America), – see attached copy of notice(s) of (Form sf-95) -served on U.S. Department of Justice, et.al.).

## OTHER

12. I have not assigned or designated any ("power of attorney") to any individual or entity, regarding these matters, this/or these document(s), or these claims.

12a. Citing legal conflict of interest, and/or other conflict, and the facts, - Neither I personally myself personally, nor am I via anything stated herein, associated in any

way with any (religious entity, political party/PAC, nor any specific current or former U.S. Congressman, nor to any (State/Municipal entity or individual, nor to any current or former public official/ employee/ associate, - ever at any time, of same), nor to any law enforcement or fire department/similar entity, nor to ((any conservatorship or other legal or illegal tax shelter entity or situation, ever at any time). Nor is anything herein associated in any way with any immediate family member of my own ever at any time, via any means). My tax return does not constitute a contract between myself and any government entity.   Nothing shown or referred to herein is associated to any matter or legal matter not stated.

12b. ("AI" (artificial intelligence)) ANYTHING is NOT used in the writing of this complaint or any accompanying pleadings and all documents.   This/all documents accompanying these pleading are written solely and only by the Plaintiff (Stephen Cummings) and are wholly solely and only for use of same.

---------------------------------------------------------------

## GENERAL ALLEGATIONS

12b. That, the details of my association to the 1997 film 'Titanic' by James Cameron and Lightstorm Entertainment Inc., are outlined in (Freestanding legal document ("Sworn Affidavit of Stephen Cummings Re 1997 film Titanic - May 2026")), accompanying these pleadings, and included here by reference as though

fully set forth.    That, all information contained in same has previously already been (Copyright Certified with the (U.S. Library of Congress, Copyright Office, Washington, DC), hereafter referred to as "Affidavit".

13    (Note:  I the Plaintiff allege NUMEROUS COUNTS in each of the below individually and collectively):   This action is brought under Federal Tort Claims Act (28 U.S.C. §1346(b), §1402(b), §2401(b), and §§2671-2680),  and Other - from (7-1-1994 through present, and specifically on 8-21-2024/ongoing), including but not exclusive to  and/or violations of or constituting:  -Failure to intercede, Negligence, Criminal Negligence,  Aggravated Identity theft, Violations of False Statements Act  18 U.S.C. § 1001, Violations of protections given under the Constitution of the U.S. and Amendments (4th, 5th, and 14th), Civil Rights Act of 1964, Copyright infringement, etc.

14.   This action invokes the principles outlined in prior decisions of the court specifically (*Marbury v. Madison*, 5 U.S. (1 Cranch) 137 (1803)),  in which   the Court said that the law provided …….a remedy for ……. unlawful withholding of his commission. Marshall wrote that " ….. where there is a legal right, there is also a legal remedy by suit or action at law, whenever that right is invaded."   which was well established in the English common law,  The Court held that so long as

the remedy involved a mandatory duty to a specific person and not a political

matter left to discretion, the courts could provide the legal remedy.

15.This action seeks Judicial Review of the U.S.A.'s negligent failure to intervene

on my behalf against the other defendants in Qui tam action filed by myself

(*Cummings and U.S.A. vs Cameron, et.al*, USDC, Dist. Of Columbia, (1:24-cv-

01502)).

16.This action (see attached (Motion for Temp. Injunction ORDER TO SHOW

CAUSE / other), seeks a court order or judgement from a jury to force (defendants

"Cameron/Titanic et. Al.")  to pay me/provide other requested relief herein.

-------------------------------------------------------

*Defendant(s) "CAMERON/TITANIC et. Al." - Violations of Right to*

*Publicity, Right to Royalties, (Misappropriation of Name, Image,*

*Photograph, Likeness), Copyright Infringement, Aggravated Identity*

*Theft*

17.That this plaintiff has been subject to continuous and current violation of  Right

to publicity by the Defendants "Cameron/Titanic et. Al.".  Throughout the years

(1995 to present).  They have used (Plaintiff's) name/ image /likeness/

words/photograph/ ideas/life history and life story/other originating with ONLY

the Plaintiff, to promote themselves, and/or the (motion picture "Titanic" <u>including</u> <u>and specifically, the character of "Jack Dawson" which is based</u> <u>solely/wholly/only, on myself, Stephen Cummings, this  Plaintiff</u> ) any subsequent re-release of same film, and without compensating myself the plaintiff.

18. That, "(Cameron/Titanic, et.at.)",  used aforementioned originating with myself this Plaintiff), for marketing and commercial purposes, by capitalizing on the fact that "Titanic" <u>the entirety of the interpersonal story in the film/other of the fictional</u> <u>characters), is based ON A TRUE STORY, namely ONLY MY OWN, and again,</u> <u>is ((set against the "backdrop", of (another true story, the actual sinking of the</u> <u>vessel Titanic, and the story of my own distant relatives who were actually aboard</u> <u>'Titanic'),   and (my verbal description of the sinking made to friends in 1995</u> <u>(February/March)</u>,  -ALL of which were used in the film.

19. "(Cameron/Titanic, et.at.)", seize/continue to seize, upon the opportunity to use said material,   which adds tremendous appeal to the film, thus enhancing sales. They  continue to capitalize, on the fact that using aforementioned, in connection with the film adds an element of reality to the product.    Aware of its intrinsic value, and through the use of same material originating with this Plaintiff  - a bridge is created, connecting the fantasy world of movies to real life, thus enabling them, to market the film with the added element of having a "real life 'Jack

Dawson'" among our midst, from which the they draw valuable marketing appeal. This unauthorized use in this vain continues to this very day.

20.This blatant misappropriation of my own name/ image/ likeness/ words/ ideas/ life history and life story/other as described above has the effect of depriving (myself this plaintiff) of past and future compensation for the contribution I have made to not only the film, and "(Cameron/Titanic, et.at.)", but to Cameron's/ and others' careers.

21.I cite, ((Florida Statute, Title VIII, Chapter 95, 95.031) –as to computation of time (statute of limitations)), …..(stated to be 5 years from last obligation, based on a <u>written</u> instrument) or 2 years from last violation/obligation generally, -the last obligation being (see immediately below):

 

22.(As of:  3:17PM,  March 5 (left)/and June 30 (right), 2025) and currently,  the

above appears on Youtube.com as shown.    "(Cameron/Titanic, et.at.)" (again

licensing property which is not owned by them to uninvolved 3rd parties – Netflix),

and in fact constituting yet a NEW  Tort and act of tortious interference to my own

claims regarding the original film 'Titanic' (1997).

23. (The first obligation being (March 1995/and-or the original release of the film,

December, 1997)/subsequently thereafter to the present day/continuing).

24.That, I the Plaintiff  do have cause of action, based on common law right

(Florida and California), and based on California Statute, and ((Florida Statute,

regarding right to publicity, and Misappropriation of name/ image/ likeness/ words/

photograph/ ideas/ life history and life story/other, via common law, and via

Florida Statute ).  —    ((Florida Statute, Fla. Stat. Ann. Sect. 540.08).    Fla. Stat. Ann. Sect. 540.08(4)(c).   Florida codifies its statutory right of publicity, treated primarily as a property right).  Florida has two systems of rights of publicity: a statute and common law right.  I have cause of action under both.    (California Civil Code section 3344 authorizes recovery of damages by any living person whose "name, photograph, or likeness" has been used without his consent for commercial purposes) throughout this period.

25. That, additionally, regarding my protections under (U.S.C. Title 17, Sect.504,(a),(b)), - I the plaintiff have (Remedies for infringement: damages And profits).  I cite U.S.C. title 17, Set 504(a)(1) , and (Title 17 , Sect 504),

26. In support of my action/these claims, I also cite, (The Communications Act of 1934, The Telecommunications Act of 1996, and the Satellite Television Extension and Localism Act of 2010 (STELA), and the STELA Reauthorization Act of 2014, and 28 U.S.C. 1331).

27. In James Cameron's Book "Titanic" (referenced in attached "Affidavit"), defendant Cameron has included an Artist's rendering, of **my** image – in the character of 'Jack Dawson',  without giving credit in words.   **MY IMAGE actually appeared on the FIRST original POSTERS for the film**.....which I was flattered by actually.    See below:  This is the cover of James Cameron's Book

about the film, ….BUT the image shown on the cover -( this is the ORIGINAL poster for the film THE WEEK IT CAME OUT IN THEATRES WORLDWIDE (and in USA Dec 10, 1997)), there were actually 2, -this was one, and the other (the poster with a close-up of Leo and Kate above an close up of the bow from the water).



…..that's not Big-Leo!, …..it's ME.

28.Plaintiff has never been offered any payment of monies, or public credit by name/identification, by "(Cameron/Titanic, et.at.)".   That their actions constitute Aggravated Identity Theft, in violation of in violation of Title 18, United States Code, Section 1028A(a)(1), 1028(b).   Nor have they ever offered to pay my Agent Carole Manto.

29. That "(Cameron/Titanic, et.at.)"/the other defendants actions constitute a violation of FEDERAL TORT CLAIMS ACT (28 U.S.C. 1346(b), §1402(b), §2401(b), and §§2671-2680.

30. By their conduct, "(Cameron/Titanic, et.at.)" and (United States of America) and others, and falsely under color of law, - as a direct and proximate result, I the Plaintiff Stephen Cummings suffered the injuries and damages described herein. and claims damages for the injuries set forth herein.

### *Violation of Equal rights under the law*

31. That the defendants all have violated my equal rights under the law, 42 U.S. Code § 1981 - Equal rights under the law ......"All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property....".

32. I the Plaintiff, have been DISCRIMINATED against by the defendants all, because of my statements and as history/their own activities have shown I certainly was not unreasonable to be concerned or to speak out/seek relief -it was my right to do so.     I the Plaintiff, have been DISCRIMINATED against because of the actions of (OTHERS – uninvolved 3rd parties) ........WHICH HAVE NOTHING TO DO WITH ME, and nothing to do with the film either.

33. That, As a proximate result of the malicious activities by these uninvolved third parties and by these Defendants, Plaintiff has been damaged. Because Defendants' activities constitute intentional acts which were made with actual malice towards Plaintiff.

## *Tortious interference, with contract, and with a business expectancy:*

34. Tortious interference, all defendants  -  and/or under the "separate accrual" rule,

35. Tortious interference **with contract**: That the defendants ALL intentionally caused defendants ("(Cameron/Titanic, et.at.)",  to breach an existing contract (between both "(Cameron/Titanic, et.at.)" and my agent Carole Manto, AND between Carole Manto and MYSELF),  - (and they "(Cameron/Titanic, et.at.)", did themselves of their own accord) interfere tortiously,

36. Tortious interference **with a business expectancy**: That the defendants ALL Improperly interfered with an established or prospective business relationship, even without a formal contract,  (between "(Cameron/Titanic, et.at.)" and my agent Carole Manto), AND (between Carole Manto and MYSELF), and ULTIMATELY (between ("(Cameron/Titanic, et.at.)" and MYSELF).

37. That, the defendants ALL:  Tortiously interfered with: A valid contract or business relationship (between  "(Cameron/Titanic, et.at.)" and my agent Carole Manto), AND (between Carole Manto and MYSELF), and ULTIMATELY (between ("(Cameron/Titanic, et.at.)"  and MYSELF).

38. That the defendants ALL:  KNEW OF the business relationship (between "(Cameron/Titanic, et.at.)" and my agent Carole Manto), AND (between Carole Manto and MYSELF), and/or ULTIMATELY (between ("(Cameron/Titanic, et.at.)"  and MYSELF).

39. That the defendant's, ALL,  knowledge of the relationship, is proven BY THEIR ACTIONS and their communications had between them and by communications had between  "(Cameron/Titanic, et.at.)" and my agent Carole Manto), AND (between Carole Manto and MYSELF), and/or ULTIMATELY (between ("(Cameron/Titanic, et.at.)"  and MYSELF).

40. That the defendants, ALL, (and others') intent to interfere, is again made clear by their actions, and by (their previous communications to this plaintiff, the court, the general public, and even to their own attorneys).

41. That Actual interference occurred as a result of the defendants ALL (and others'), activities, was wrongful or improper. Damages were suffered by myself the plaintiff as a result.

42. I the plaintiff cite Case Law : (*Pennzoil Co. v. Texaco, Inc.,* Texaco interfered with Pennzoil's efforts to buy Getty Oil, Texaco made a competing offer for Getty Oil after Pennzoil had a binding agreement, which the courts determined was an intentional and wrongful interference with the Pennzoil-Getty contract, leading to a significant lawsuit and damages award in favor of Pennzoil).

-------------------------------------------------------

## CAUSES OF ACTION

**COUNT I -  FOR DEFENDANTS "CAMERON/TITANIC et. Al."**

**VIOLATIONS OF RIGHT TO PUBLICITY, RIGHT TO ROYALTIES,**

**(MISAPPROPRIATION OF NAME, IMAGE, PHOTOGRAPH, LIKENESS),**

**COPYRIGHT INFRINGEMENT,**

43.    Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

44.  I the claimant/plaintiff state (copyright infringement).  That ("Cameron/Titanic et. Al.") have infringed upon my copyright photograph/image, and (my name/

image/ likeness/ words/photograph/ideas/life history and life story/other), and have misappropriated same,

45.    As a direct and proximate result of said acts of misappropriation/copyright infringement, and unjust enrichment have caused damage to myself, the plaintiff, in the form of profits associated to the film and the illegal withholding of monies a portion of which should be disgorged to myself this plaintiff.

## COUNT II - COMMON LAW RIGHT OF PUBLICITY

46.    Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

47. That, "Cameron/Titanic et. Al." used aforementioned originating with Plaintiff without his prior knowledge, - that, "Cameron/Titanic et. Al." gained a commercial benefit by using aforementioned and receive benefits financially from the unauthorized use of plaintiffs name, likeness, and identity. The misappropriation caused Plaintiff to sustain injury, damage, loss and harm. "Cameron/Titanic et. Al." conduct was a substantial factor in causing Plaintiff harm, as was the illegal use of aforementioned for the purpose of exploiting and taking advantage of Plaintiff's reputation, prestige, social and commercial standing, and the public interest and other value attached to his name, likeness, and identity.   As a proximate result of

the aforesaid wrongful acts claimant/Plaintiff has been and will be harmed and deprived of monetary sums and has suffered emotional harm, harm to his reputation,

48. Plaintiff was not compensated for the unauthorized use of the aforementioned and suffered economic loss there from. In doing the things herein alleged, acted willfully, maliciously, intentionally or with reckless disregard of the consequences to Plaintiff. By reason thereof, Plaintiff is entitled to recover punitive and exemplary damages.

49. Unless restrained by this court, ("Cameron/ Titanic et. Al.") will continue to infringe Plaintiff's right of publicity. Absent injunctive relief, Plaintiff will continue to suffer such irreparable harm to his goodwill, and pecuniary compensation will not afford Plaintiff adequate relief for such damage. Therefore, Plaintiff is entitled to injunctive and other equitable relief from this Court.

**COUNT III - CLAIM - 18 U.S. Code § 1028A - Aggravated identity theft**

50. Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

51. Defendants "(Cameron/Titanic, et.at.)" are in violation of Title 18, United States Code, Section 1028A(a)(1), 1028(b).

52. Plaintiff seeking forfeiture, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) – Civil Forfeiture, "(a)   (1)The following property is subject to forfeiture to the United States: (A)Any property, real or personal, involved in a transaction or attempted transaction in violation of section 1956, 1957 or 1960 of this title, or any property traceable to such property.  ......  (D).... is traceable to the gross receipts obtained, directly or indirectly, from a violation of—(ii)section 1001 (relating to fraud and false statements);--- (iii)section 1031 (relating to major fraud against the United States ---(v)section 1341 (relating to mail fraud); or (vi) section 1343 (relating to wire fraud),"…..and Title 28, United States Code, Section 2461(c), forfeiture of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged.

### COUNT IV - DECLARATORY RELIEF

53. Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

54. Plaintiff contends as follows:

a.      Plaintiff is entitled to an accounting from each of "Cameron/Titanic et. Al." who had control, ownership and/or management of the film rights; and

b.      Plaintiff is entitled to film royalties and/or a share of the sale proceeds, including interest, from one or more of "Cameron/Titanic et. Al."

55. Accordingly, Plaintiff seeks declaratory relief in conformity with Plaintiff's contentions as set forth above, <u>in order to establish the respective rights, duties and obligations of the parties</u>.

-------------------------------------------

## COUNT V - 42 U.S.C. § 1983 - FAILURE TO INTERCEDE

56. Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

57. By their conduct and under color of state and federal law, it is believed ("U.S. Government Defendants") and others, these defendants and others, each had opportunities to intercede on behalf of Mr. Cummings to prevent the excessive use of force and unreasonable seizure but refused to do so.

## COUNT VI - 42 U.S.C. §1983 - FIRST AND FOURTEENTH AMENDMENT VIOLATIONS, and (violations of rights under the Constitution of the U.S. and Amendments (4th, 5th, and 14th), and the Civil Rights Act of 1964,

58. Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

59.  By their conduct and under color of law all individual and organizational officers, and others, acting under color of law, deprived Mr. Cummings of his First and Fourteenth Amendment rights to have access to and seek redress in the courts.

60. The ("U.S. Government Defendants") and ("Cameron/ Titanic et. Al.") and others,  have individually and independently engaged in cover up activities in order to conceal the wrongful and unlawful conduct taken against Mr. Cummings.

61.  The ("U.S. Government Defendants") and others, efforts to conceal the truth continue to the detriment of Mr. Cummings.

**COUNT VII - 42 U.S.C. § 1986 ACTION FOR NEGLECT TO PREVENT**

62.    Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

63.  On information and belief; the("U.S. Government Defendants") and ("Cameron/ Titanic et. Al.")   and others,  had knowledge that all the aforementioned activities were in progress, had the power to prevent or aid in preventing it from continuing, and neglected or refused to do so.

64.  With reasonable diligence, ("U.S. Government Defendants") and others, could have promptly reported the activity to superiors and to duly authorized investigators, and or official (Civil Court) authorities even. Their failure to do so

contributed to Mr. Cummings' suffering gratuitously, thereby exacerbating his pain and suffering.

65.   Had the ("U.S. Government Defendants") ("Cameron/ Titanic et. Al.") and others complied with the law and furnished truthful information to whatever would be the proper authorities, the damaging activities would not have continued to the extent that it did and continues to.

## COUNT VIII - PENDENT CLAIM OF GROSS NEGLIGENCE AND NEGLIGENCE

66.   Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

67.   ("U.S. Government Defendants") and others, and others have been grossly negligent and negligent in the supervision, training, and monitoring of their representatives, and of witnesses to crimes and misconduct.

68.   By virtue of the unique public safety considerations implicated by official misconduct, its pivotal role in the official investigation of misconduct, the ("U.S. Government Defendants") and others, have been grossly negligent and negligent in the supervision, training, and monitoring of their representatives, and of witnesses to crimes and misconduct and in respect to their responsibilities to report crimes or misconduct. Their representatives have played a role in the

improper obstruction/and denial, of this plaintiff's (my) rights, and of my ability to seek redress/relief via the Court.

69.   The ("U.S. Government Defendants") and  ("Cameron/ Titanic et. Al.") and others,  knew or should have known that their policies and practices have contributed to improper obstruction/denial of rights to the plaintiff, and also contributed to the improper concealment of and to cover up of misconduct, and they  knew or should have known that their policies and practices,   created an atmosphere where the most worst offenders felt assured that their most brazen acts of misconduct would not be swiftly and effectively investigated and prosecuted.

70.   The mistreatment of Mr. Cummings previously set forth, and the subsequent (individual or independent cover up activities by the defendants) of those events, were reasonably foreseeable results of the ("U.S. Government Defendants")  and others', negligent conduct.

71.   **The negligence of the USDOJ caused the (harassment and abuse of this plaintiff's rights by ("Cameron/ Titanic et. Al.")), to continue for literally many years and counting.**

(NOTE HERE Your Honor:   Regarding defendant USA (executive branch): (See below :   From my *"SCOTUS ON A PETITION FOR AN (EXTRAORDINARY WRIT) AND-OR WRIT OF CERTIORARI, **QUESTIONS PRESENTED,***

*APPENDIX H"* Letter to Attorney General of the United States, from this plaintiff requesting declaration this petition/underlying action USDC Middle Dist. Florida (Orlando), is "of public importance", is "in the public good", are brought in good faith. Dated (from previous petition, Nov 8, 2021)."). #2) My Qui tam action brought recently to TRY to get he U.S. Government to act on my behalf, #3) Between all this aforementioned and NUMEROUS written attempts to get the USDOJ to act, combined with numerous complaints made directly to the FBI/U.S. Government, regarding these matters/other, (since 1997), - I can only say…..the U.S. Government's failure to act is certainly not from a lack of trying on my part.

**COUNT IX - PENDENT CLAIMS OF INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

72.     Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

73.   In the course of the "unlawful detention"/and-or "perfidy procurement" of (myself this plaintiff, and my property 1995-present), - the ("U.S. Government Defendants") and ("Cameron/ Titanic et. Al.") and others, have embarked on a malicious, willful, and grossly negligent course of conduct intended to cause Mr. Cummings to suffer extreme mental and emotional distress, agony, and anxiety, so as to intimidate, terrify, and try to dissuade myself the plaintiff from pursuing my

/these claims, and to deny relief and other just compensation due myself this plaintiff.

74.   Defendant parties the ("U.S. Government Defendants") and ("Cameron/ Titanic et. Al.") and others,  (all) have (worked independently and  after the fact of the creation and release of the film to attack myself Stephen Cummings).

75.   The ("U.S. Government Defendants") and ("Cameron/ Titanic et. Al.") and others,  either knew or should have known about these outrageous acts and attempted to stop them or ameliorate their effects, just the opposite was the case/their actions.  They knew Mr. Cummings-the plaintiff had been  injured, that failure to get him relief and-or compensations due, would create an unreasonable risk and of reputational and even possibly bodily harm, and that failure to obtain such relief promptly would cause Mr. Cummings extreme mental pain and anguish; nonetheless, the defendants ALL  breached their duty to do so.

76.   The defendants and others,  and other unknown agents for the ("U.S. Government Defendants") and others independently, and intentionally, recklessly or negligently caused Mr. Cummings to suffer mental and emotional distress by impeding and obstructing attempts to obtain relief regarding the harassment I suffered, the unlawful detention I've endured, and the wanton delay and denial of relief, I have experienced.

77.    It is believed that the defendants  and others independently pursued a malicious campaign to inflict mental and emotional distress upon Mr. Cummings by spreading false suggestions in the community and press and courts, regarding Mr. Cummings.   These false suggestions,  caused Mr. Cummings humiliation and ridicule.

78.    The aforesaid acts of intentional, reckless and negligent infliction of emotional and mental distress by ("U.S. Government Defendants") and ("Cameron/ Titanic et. Al.") and others,  constitute misconduct of an egregious nature that exceeds all bounds usually tolerated by a civilized society.    Our GREAT American People, and the citizens of all countries (who stood in line over and over and over, to go see this film, (1997/98)…..to see ME running around up on that screen (my words, my actions, my ideas, my story, my life, my relationships, my comportment during a critical time and subsequently), -the only thing that's NOT me is the kid running around up on the screen pretending to be me….. - Our GREAT American People, and the citizens of all countries would NOT AGREE and did not agree , - to hold me hostage to my own property/ harass me with attorneys /slander me publicly , INSTEAD OF THE DEFENDANTS ("Cameron/ Titanic et. Al.") **JUST PAYING THEIR BILLS**, etc., as required by Law and all CIVILIZED SOCIETY.

## COUNT X  -  PENDENT CLAIM OF PRIMA FACIE TORT

79.    Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

80.  By their actions, as set forth herein, the ("U.S. Government Defendants") and ("Cameron/ Titanic et. Al.") and others,  and others inflicted harm upon Mr. Cummings, without excuse or justification, out of disinterested malevolence.

## COUNT XI - PENDENT CLAIM - RESPONDEAT SUPERIOR

81.    Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

82.    At all relevant times, all ("U.S. Government Defendants")   were acting for, upon, and in furtherance of the business of their employer and within the scope of their employment.   Consequently, they are liable under the doctrine of respondeat superior for their tortious actions.

## COUNT XII -  TORTIOUS INTERFERENCE, WITH CONTRACT, AND WITH A BUSINESS EXPECTANCY:

83. Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

84. Plaintiff alleges Tortious interference, against all defendants  -  and or under the "separate accrual" rule,

85.  Tortious interference **with contract**: That the defendants ALL and (others such ) intentionally caused defendants ("(Cameron/Titanic, et.at.)" to breach an existing contract (between both "(Cameron/Titanic, et.at.)" and my agent Carole Manto, AND between Carole Manto and MYSELF).

86.  Tortious interference **with a business expectancy**: That the defendants ALL and (others), Improperly interfered with  an established or prospective business relationship, even without a formal contract,  (between  "(Cameron/Titanic, et.at.)" and my agent Carole Manto), AND (between Carole Manto and MYSELF), and ULTIMATELY (between ("(Cameron/Titanic, et.at.)"  and MYSELF).

87.  That, the defendants ALL:  Tortiously interfered with: **A valid contract or business relationship** (between  "(Cameron/Titanic, et.at.)" and my agent Carole Manto), AND (**between Carole Manto and MYSELF**), and ULTIMATELY (between ("(Cameron/Titanic, et.at.)"  and MYSELF).

88.  That the defendants, ALL, (and others') intent to interfere, is again made clear by their actions, and (their previous communications to this plaintiff, the court, the general public, and even to their own attorneys (lying to their own attorneys)/etc.).

That Actual interference occurred as a result of the defendants ALL (and others'), activities. That the interference by the defendants ALL, (and others'), was wrongful or improper. Damages were suffered by myself the plaintiff as a result.

## COUNT XIII  - CLAIM – FEDERAL TORT CLAIMS ACT (28 U.S.C. §1346(b), §1402(b), §2401(b), and §§2671-2680, 2672, C.F.R. Part 14

89.    Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

90. Individuals who are injured or whose property is damaged by the wrongful or negligent act of a federal employee acting within his or her official duties may file a claim with the government for reimbursement for that injury or damage.

91. Authorizes private tort actions against the United States where, if the United States were a private person, it would be liable to the claimant according to the law of the place where a particular act or omission occurred. The FTCA is codified at 28 U.S.C. Chapter 171.

92. That, Plaintiff suffered injuries and claims damages for (Personal Injury: Harm or damage to the body, including physical wounds and other forms of personal detriment, Property Loss or Damage: Harm to your property caused by a federal employee's negligence).

## COUNT XIV - RETALIATION AGAINST A WHSTLEBLOWER (18 U.S.C. § 1513): ADVERSE ACTIONS TAKEN AGAINST PLAINTIFF IN RETALIATION FOR HIS PROTECTED DICLOSURES,

93. Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

94. As set forth above, Plaintiff suffered retaliation for his speech which includes but is not limited to that described herein and attached/accompanying. The collective Defendants, independently, intentionally retaliated against Plaintiff for protected speech provided to him under the 1st Amendment of the United States

Constitution. Specifically, Plaintiff Stephen Cummings engaged in protected activity when he reported the unlawful conduct of the Defendants herein.

In response to making those complaints, Plaintiff was retaliated against.

95. Plaintiff hereby demands compensatory and punitive damages against the collective Defendants in an amount to be proven at trial that exceeds the jurisdictional limitations of all lower courts that would otherwise have jurisdiction against each Defendant, individually and severally.

96. As a result of the foregoing, Plaintiff is entitled to compensatory and economic damages in an amount to be fixed by a jury and is further entitled to

punitive damages against the individually named Defendants in an amount to be fixed by a jury.

**COUNT XV– False Statements Act  18 U.S.C. § 1001,**

97.  Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

98.  Section 5 of the Federal Trade Commission Act. (FTC Act) (15 USC 45) prohibits "unfair or deceptive acts or practices in or affecting commerce".  15 U.S. Code § 45 - Unfair methods of competition unlawful   -"§ 3729. False claims, (a) LIABILITY FOR CERTAIN ACTS.—(1) IN GENERAL.—Subject to paragraph (2), any person who— (A) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval; (B) knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent; …….. intending to defraud the Government,  …….or knowingly conceals or knowingly and improperly avoids or decreases an obligation to pay or transmit money or property to the Government, is liable to the United States Government for a civil penalty,….  plus 3 times the amount of damages which the Government sustains because of the act of that person."

99.  By their conduct, the defendants have violated the False Claims Act, purposely to harm this plaintiff.   As a result of the defendants actions plaintiff has been

harmed, as described herein and attached/accompanying, plaintiff claims damages for said injuries.

## COUNT XVI - PENDENT CLAIMS OF MAKING AN INJURIOUS FALSE OR FRAUDULENT STATEMENTS

100.    Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

101.    The ("U.S. Government Defendants")  as employees of The United States of America, who responded to these matters, had an obligation to accurately and reliably report information that would be relevant to Mr. Cummings' situation, and-or case, and-or care and treatment.   Nevertheless, the ("U.S. Government Defendants") and others,  intentionally omitted in their  report/statements responses in court,  Mr. Cummings' statements to them, and instead false statements themselves, without any reference to the information which would prove Mr. Cummings assertions, claims, causes, allegations.

102.    The false information provided by the ("U.S. Government Defendants") and ("Cameron/ Titanic et. Al.") and others,  damaged Mr. Cummings by delaying and denying him relief and compensation, and by causing him fear, pain and anguish.

## COUNT XVII -  PENDENT CLAIMS OF GROSS NEGLIGENCE AND NEGLIGENCE AND INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

103.    Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

104.   The ("U.S. Government Defendants") and others, , as Federal employees, and other, were grossly negligent and negligent in that they had a duty to care for Mr. Cummings which they violated by delaying and denying him support and relief,   by failing to take steps that an ordinarily reasonable and prudent person would have pursued to care and protect Mr. Cummings.

105.  The ("U.S. Government Defendants") and ("Cameron/ Titanic et. Al.") and others, knew or should have known that their denial and delay of support and relief provided Mr. Cummings created an unreasonable risk of bodily harm and did cause Mr. Cummings mental distress and anguish.

-----------------------------------------

## COUNT XVIII -  (FIRST AMENDMENT RETALIATION 42 U.S.C. § 1983)

106.  Plaintiff  repeats and realleges all prior paragraphs as if fully set forth herein.

107. As set forth above, Plaintiff engaged in protected speech as a private citizen as a matter of public concern and suffered retaliation for his speech which includes but is not limited to termination of employment, destruction of career, etc. The collective Defendants herein intentionally retaliated against Plaintiff for protected speech provided to him under the 1st Amendment of the United States Constitution.

108. Specifically, Plaintiff engaged in protected activity when he reported the unlawful conduct of the Defendants and/or others. In response to making those complaints, Plaintiff was retaliated against.

109. Plaintiff hereby demands compensatory and punitive damages against the collective Defendants in an amount to be proven at trial that exceeds the jurisdictional limitations of all lower courts that would otherwise have jurisdiction against each Defendant, individually and severally.

110. As a result of the foregoing, Plaintiff is entitled to compensatory and economic damages in an amount to be fixed by a jury and is further entitled to punitive damages against the individually named Defendants in an amount to be fixed by a jury, plus reasonable attorneys' fees, costs and disbursements of this action.

**COUNT XIX - 42 U.S.C. 1983 SUBSTANTIVE DUE PROCESS CLAIM**

111.  Plaintiff repeats and realleges all prior paragraphs as if fully set forth herein.

112.  The Defendants and others, in their official capacities, acting under color of law, are liable to the Plaintiff for subjecting Plaintiff to conduct that violated Plaintiff's right to substantive due process of law guaranteed by the Fourteenth Amendment to the United States Constitution, enforceable by 42 U.S.C. §1983.

113.  The conduct of the Defendants herein, collectively and individually, was extreme and outrageous and caused Plaintiff to be deprived of his right to due process of law, guaranteed by the Fourteenth Amendment of the United States Constitution, enforceable through 42 U.S.C. § 1983 and was the direct, proximate cause of Plaintiff's damages.

**COUNT XX - RETALIATION AGAINST A (18 U.S.C. § 1513): ADVERSE ACTIONS TAKEN AGAINST PLAINTIFF IN RETALIATION FOR HIS PROTECTED DICLOSURES ABOUT MISCONDUCT, CORRUPTION, AND THREATS TO PUBLIC SAFETY; FIRST AMENDMENT RETALIATION 42 U.S.C. § 1983**

114.   Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

115.   As set forth above, Plaintiff suffered retaliation for his speech which includes but is not limited to that described herein and attached/accompanying. The collective Defendants herein intentionally retaliated against Plaintiff for protected speech provided to him under the 1st Amendment of the United States Constitution.   Specifically, Plaintiff Stephen Cummings engaged in protected activity when he reported the unlawful conduct of the Defendants herein. In response to making those complaints, Plaintiff was retaliated against.

116.   Plaintiff hereby demands compensatory and punitive damages against the collective Defendants in an amount to be proven at trial that exceeds the jurisdictional limitations of all lower courts that would otherwise have jurisdiction against each Defendant, individually and severally.

117.   As a result of the foregoing, Plaintiff is entitled to compensatory and economic damages in an amount to be fixed by a jury and is further entitled to punitive damages against the individually named Defendants in an amount to be fixed by a jury.

**COUNT XXI -  42 U.S. Code § 1981 - Equal rights under the law**

118.   Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

119.   That the defendants all have violated my equal rights under the law, 42 U.S. Code § 1981 - Equal rights under the law  "(a)STATEMENT OF EQUAL RIGHTS   All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, ".   That, As a proximate result of the malicious  activities by third parties and by these  Defendants, Plaintiff has been damaged.   Because Defendants' activities constitute intentional acts which were made with actual malice towards Plaintiff, Plaintiff seeks an award also for punitive and/or compensatory damages.

**COUNT - XXII-   Freedom of Information Act (FOIA), 5 U.S.C. § 552**

120.   Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

121.   I the plaintiff do avail myself of my rights under (**Freedom of Information Act (FOIA), 5 U.S.C. § 552 –** "1966 federal law allowing any person to request access to records from federal executive branch agencies. Agencies must disclose records….."").

122. The PURPOSEFUL failure to disclose pertinent facts, -or to even offer some kind of (off the books settlement IN PRIVATE), has been done PURPOSELY

WITH MALICE AFORETHOUGHT and a harassment tool by these defendants individually. Because Defendants' activities constitute intentional acts which were made with actual malice towards Plaintiff, Plaintiff seeks an award also for punitive and/or compensatory damages.

-------------------------------------------

## COUNT XXIII - Violation of Due Process Clause of the Constitution of the U.S., and 4th, 5th, 6th, 7th, 14th, Amendments

123. Plaintiff Stephen Cummings repeats and realleges all prior paragraphs as if fully set forth herein.

124. By their conduct, the defendants have violated the Due Process Clause of the Constitution of the U.S., and 4th, 5th, 6th, 7th, 14th, Amendments purposely to harm this plaintiff. As a result of the defendants actions plaintiff has been harmed, as described herein and attached/accompanying, plaintiff claims damages for said injuries.

### *In conclusion*

125. Defendants, acting individually and collectively, violated plaintiff's constitutional rights under the First and Fourteenth Amendments, as well as his statutory rights under  18 U.S.C. § 1962(c)-(d).

126.    The defendants maintained customs, policies, and practices that enabled and emboldened the retaliation plaintiff endured, constituting Monell liability. These include a long-standing policy of punishing whistleblowers, protecting high-ranking abusers, and using the government as a political enforcement tool for the other defendants.   And vice versa.

--------------------------------------------------------------------------

## REQUEST FOR RELIEF

WHEREFORE, PLAINTIFF demand judgment against defendant as follows:

1.    For an accounting from each of the Defendants who had control, ownership and/or management of the film rights;

2.    For film royalties and/or a share of the sale proceeds, including interest, from one or more of the Defendants;

3.    For compensatory damages in an amount to be determined at trial;

4.    For emotional distress damages in an amount to be determined at trial;

5.    For damages sustained through harm to Plaintiff's reputation in an amount to be determined at trial;

6.    For economic losses sustained by Plaintiff, both past and future, in an amount to be determined at trial;

7.     For any profits gained by defendant from and attributable to the unauthorized use of the aforementioned originating with Plaintiff, in an amount to be determined at trial;

8.     For punitive and exemplary damages in an amount to be determined at trial;

9.     For a determination that Defendant has improperly and unlawfully infringed upon Plaintiff's copyright;

10.     For the entry of a judgment in favor of the Plaintiff against the Defendant, and (Acknowledgement of and-or a judgement based on, the facts stated in ("Sworn Affidavit of Stephen Cummings Re 1997 film Titanic - May 2026")), and for actual and / or statutory damages and / or for any profits attributable to the infringement of Plaintiff's copyright and proprietary rights and interests;

11.     For an order requiring the Defendant to account for all gains, profits, advantages, and revenues derived from the infringements, and to be derived therefrom in the future;

12.     For an order requiring the all gains, profits, advantages, and revenues derived from the infringement, be paid to the Plaintiff;

13.     For an injunction preventing the future exploitation by Defendants;

14.     For an order requiring Defendant to disgorge all gains, profits, advantages, and revenues derived from the infringement;

15.    For an <u>order requiring the award of damages in favor of the Plaintiff to include costs, interest and reasonable attorney fees</u> to the extent permissible under applicable law.

16.    For any such further relief as this Court may deem just and proper, and,

17. For <u>a (copy of the contract (between James Cameron/("Cameron/Titanic et.al."), and Leonardo DiCaprio) regarding the 1997 film "Titanic"</u>).

18. <u>If ("Cameron/Titanic et.al.") claim to have any contract of any kind with any government entity regarding (the 1997 film 'Titanic'), then I'm going to need a copy of that</u>.

**As to all Counts:**    (awarding myself the plaintiff all aforementioned requested relief) and:

19.    Awarding myself the Plaintiff, (Compensatory damages, consequential damages, punitive damages, Actual damages and profits, and Statutory damages, special damages, exemplary damages) in the amount of $400,000,000.00 from ("Cameron/Titanic et.al.")/and the U.S.A./and-or to be determined at trial, and other compensatory, consequential, and punitive damages to be paid by ("Cameron/Titanic et.al.").

20. Awarding this plaintiff all costs of suit and ((attorney's fees in future) if necessary, right now this plaintiff is Pro-se), and/or other fees incurred herein by myself this lone plaintiff, to the extent provided by the law.

21. Awarding this plaintiff ((1% of Net Profit/year on any sales of the film in any form), (since 1997) and CONTINUING (for myself and my heirs) in perpetuity, payable each and every year forward, beginning on date of filing this action, on specific date annually (Dec 1st of each year/and-or whatever date is preferable to the defendants("Cameron/Titanic et.al."),

22. Awarding this plaintiff interest as may be provided by law, (beginning to accrue upon filing of this action),

23. Awarding myself this plaintiff, such other and further relief as the Court deems to be just and proper. Plaintiff respectfully requests that this Court grant judgment in his favor on all causes of action, and award compensatory, emotional, and punitive damages; injunctive relief where appropriate; pre- and post-judgment interest; attorneys' fees and costs pursuant to 42 U .S.C. § 1988; a and such other and further relief as this Court deems just and proper.

------------------------------------------------------------

### JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

------------------------------------------------------------

I am not party to any legislation relating to these matters 1995 to present, ….."no ipso facto law shall be passed".

------------------------------------------------------------

Respectfully Submitted,

Stephen Cummings

Date :  June 3, 2026

Stephen Cummings
244 Madison Ave., NY, NY, 10016

## CERTIFICATE OF COMPLIANCE

I, Stephen Cummings, (Plaintiff) in this action, do hereby certify that this Brief-Complaint complies with all local and other rules of the Court, this Brief-Complaint is  8,004  words,  45  pages, it is written in (14pt, Times New Roman), font/style.  It is double spaced.

------------------------------------------------------------

Notice given to defendant United States of America, October, 2025

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, address of claimant and claimant's personal representative, if any. (See instructions on reverse.) Number, Street, City, State and Zip Code |
|---|---|
| Attorney General of the United States, U.S. Department of Justice, U.S. Department of State, U.S. Coast Guard, (U.S. Senate, U.S. House of Representatives, (indiv. members)) | Stephen Cummings<br>244 Madison Av (Attn 10001)<br>NY NY 10016 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☐ CIVILIAN | 11-10-1964 | Single | 8-21-2024   and other | various |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Brought under Federal Tort Claims Act (28 U.S.C. §1346(b), §1402(b), §2401(b), and §§2671-2680), for (Violations of - RICO Act (18 U.S.C. §§ 1961-68), and Other - SEE ATTACHED LIST) from (7-1-1994 through present and specifically on 8-21-2024/ongoing), including (Failure to intercede, Negligence, Criminal Negligence) and (Slander/Liable/Defamation), Aggravated Identity theft, violations of False Statements Act 18 U.S.C. § 1001, Constitution of the U.S. and Amendments (4th, 5th, and 14th). Civil Rights Act of 1964, Securities and Exchange Act of 1934, other -SEE ATTACHED LIST

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED (See instructions on reverse side).

- Destruction of 55' Yacht 'Rainmaker', Oct 16, 1994   Can be inspected on the bottom of the Hudson River, NY, NY

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

SEE ATTACHED LIST    — COMPLAINT, RICO STATEMENT, DESCRIPTION

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| SEE ATTACHED LIST | SEE ATTACHED LIST |

12. (See instructions on reverse.)   AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $55,000.00 | $1.1 BILLION DOLLARS | | $1,100,065,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* Stephen Cummings | 917 - 975 - 3585 | Oct 3  2025 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
TUES 7 OCT 2025

EXPECTED DELIVERY DATE:
WED 8 OCT 2025 EOD

SHIP FROM:
STEPHEN CUMMINGS
244 MADISON AVE
BOX 1000
NEW YORK  NY 10016

(917) 975-3585

SHIP TO:
US DEPARTMENT OF JUSTICE
ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009
BUSINESS

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
1 lb 8.2 oz actual wt
2.000 lb billable wt
DIMS: 14.00X11.00X1.00 IN

TRACKING NUMBER: 1Z1XY6210336594563
SHIPMENT ID: MM32FPX10SJZW
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
DOCUMENTS

SHIPMENT CHARGES:
GROUND COMMERCIAL            14.85
SERVICE OPTIONS              0.00
CMS PROCESSING FEE           0.22

SHIPPED THROUGH:
THE UPS STORE #1492
NEW YORK,NY 10016-2817
(212) 532-5590

TOTAL                        $15.07

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK: SHIPMENT
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE, PROVIDE DETAILS SO WE CAN HELP:
NEED PACKAGE HELP? (LOST/DAMAGED), PROVIDE DETAILS SO WE CAN HELP:
HTTPS://ONLINE.UPSCAPITAL.COM/TCP

---

SHIPMENTID: MM32FPX10SJZW

The UPS Store

Powered by (Ship)
10-07-2025 2:13 PM Pacific Time

 SEE NOTICE ON REVERSE regarding UPS terms, and notice of and that of Liability. When moved by the shipper authorized UPS to an in forwarding, agent for export controls and customs purposes. If exported from the US, goods certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

1 2 5 1 U U f 1 4 J 2 M U

View the UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

# Win a $250 gift card

tell us how we're doing for your chance to win a
$250 Amazon.com® Gift Card, a $100 Amazon.com®
gift card, or a $50 Amazon.com® Gift Card each month
... sign in to the link to take the survey

Your shipment

**1Z1XY6210336594563**

 Delivered On

**Thursday, October 09 at 9:23 A.M. at Dock**

**Delivered To**

WASHINGTON, DC US

**Received By:**

JERNIGAN

Proof of Delivery Open the link in a new window

| **Past Event** | **Label Created** |
| | United States |
| | 10/07/2025, 6:51 P.M. |

| **Past Event** | **We Have Your Package** |
| | New York, NY, United States |
| | 10/07/2025, 8:21 P.M. |

| **Past Event** | **On the Way** |
| | Landover, MD, United States |
| | 10/09/2025, 3:40 A.M. |

| **Past Event** | **Out for Delivery** | **Delivered** |
| | Landover, MD, United States | WASHINGTON, DC, US |
| | 10/09/2025, 9:20 A.M. | 10/09/2025, 9:23 A.M. |

**"Sworn Affidavit of Stephen R Cummings Re the 1997 film 'Titanic' by James Cameron"**

Citing legal conflict of interest, and/or other conflict, and the facts, - Neither I myself personally, nor am I via anything stated herein, associated in any way with any (religious entity, political party/PAC, nor any specific current or former U.S. Congressman, nor to any (State/Municipal entity or individual, nor to any current or former public official/ employee/ associate, - ever at any time, of same), nor to ((any conservatorship or other legal or illegal tax shelter entity or situation, ever at any time). Nor is anything herein associated in any way with any immediate family member of my own ever at any time, via any means). Nothing shown or referred to herein is associated to any matter or legal matter not stated.

I have assigned NO AGENT relating to this document/claim.   My only Agent relating at all to these matters is/was my FRIEND, Mrs. Carole Manto.   I am not a Federal employee, employee of any Government/political/religious entity, or associate of any  law enforcement or fire dept entity of any nature regarding these matters.   My tax return does not constitute a contract with any government entity. I've never given consent to "mix" any legal matter pertaining to myself or money in any accounts, (especially not with any family member), Jim Cameron knows this because I stated it sitting around the table in Lauderdale in March1995.

I have not assigned or designated any ("power of attorney").to any individual or entity, regarding these matters, this document, or these claims.

------------------------------------------------------------------------------

The following paragraphs below are specific statements as to what was used from myself that went into the creation of the film, and-or how that took place.

I , Stephen Richmond Cummings (a.k.a. / and hereafter referred to alternately as, Stephen Cummings), alone am the Claimant, and do hereby swear and affirm all statements above / below, this document , to be the truth, and nothing but the truth. The entirety of this document is written solely / wholly / only, by myself (Stephen Cummings), for use by only myself, and, with regard to the 1997 Film 'Titanic' by James Cameron. This document is not for sale / not for hire.  I hereby state - Copyright, and (Common Law) – Copyright Notice on my name (at all times any

name) / image/ words/ thoughts/ ideas/ property / person /actions/ photograph).   I am a White Angle Saxon Heterosexual Male.

(Note, herein/hereafter, James Cameron also referred to as Jim).

My descriptions of various interpersonal situations relating (to my associations only, with (fellow CRUISING boaters only (mostly deceased), whom I associated with between the years 1979-1987,  (This applies to anywhere these same persons are mentioned, anywhere in this document, or ever by myself, at the time, sitting around the table, in Lauderdale)/ that regarding anything and everything which went into the film, which came from myself and/or is in regards to myself, regarding these same persons. I spoke only of very close personal friendships of my own ONLY.   ONLY my personal association to various friends, were in fact referenced within the film, and (not any facility/ legal entities). That which was used in the film regarding myself came mostly from myself, ONLY regarding those times cruising with my friends, on their Yachts, referred only to my own personal friendships with that particular/specific handful of friends, and those times we spent cruising. (That was in fact, the context of that particular conversations, I reference herein with friends around the table in Lauderdale, - our various associations to Boating-or how we became involved in Boating as a profession). Everything in the film, which originates or pertains to myself, and only via close friends/professional and non-professional associates (my Exclusive Agent), to Jim/Lightstorm Entertainment Inc. Inc., - and only via Jim/Lightstorm Entertainment Inc. Inc., -to others. That is how the film was created.

I spoke only of my own life and experiences. OFF and ON vessels. With regard to this information/what went into the film, which came from myself, or was at all times regarding myself, - I act/speak on behalf of myself alone.

The entirety of this document is a sworn statement. THIS IS A PRIOR statement, AND PRIOR LEGAL claim and statement.

Any and all references to (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel), -or generally to the film "Titanic" by James Cameron anywhere in this document, reference, and hereafter, (the Original version of the film, released in December 1997, and any re-release of same, including any and all Domestic and International releases of the

(1997) film at any time, and any and all re-releases/remakes, and any and all subsequent releases/remakes of the film, and the (2010) 3D version of the film), - and that original version recently (released in China), -And previously internationally originally (all inclusive domestic or foreign 1997-2016 version/any subsequent version), and the 2014 "BluRay"/other DVD releases. In short, any/all versions of the film to date/subsequently thereafter, in any form/format, -since Dec 10, 1997, -the original release date of the film.

Any statement, made by any (party / person / individual / entity), to the contrary, of that contained in this document, -is absolutely knowingly fraudulent, irrespective of who it's made by. THESE ARE THE FACTS. No rebuttal can be made to these statements which is not fraudulent.

Due to the fact that,  (EVERYTHING stated or referenced herein, which went into the film), and (everything which went into the film, which (came from /has anything to do with) myself,  - I am in full knowledge, of EXACTLY HOW / where / with whom, -each separate, ......("incident" / situation, from myself – my life, my words, etc.), -all of that which went into the film, GOT TO Jim. The information, contained within this document / or which can be further produced by me, -regarding (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel) -which I claim to be wholly originating from only myself, -establishes the foundation of a CLAIM. The reality is I could go scene by scene by scene, through the entire film, and state where this/that has come from, -all relating back to myself.

This Document, (affidavit), also constitutes (an (affidavit and sworn statement) as to the specific nature, and specifics OF, my association to the (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel), and/ or, -the specifics of the creation of the film, - as regards myself, at any/all times, or circumstances.

Leonardo DiCaprio never met my agent/friend Carole Manto. Nor did my agent Carole ever have contact with any family member of mine.  DiCaprio never had any contact with any family member of mine 1995-2003, nor did James Cameron. I have no association to any actor or DiCaprio.   My only association to the film takes place via my agent Carole Manto and Jim directly.  I have no contract or association of any kind to Leo DiCaprio, other than his standard contract with

James Cameron to play me/ the role of jack Dawson (1995-97).    Other than that, 1995-97 ONLY, we have no association to or contract with each other or in regards to myself with any 3rd party.

(NOTE: (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel), is the ONLY film ever made, in which MY IMAGE, WORDS, thoughts and ideas, and copyright property, are used, in the creation of a film, directly from myself, and/or while the film was being made).

Sworn STATEMENT OF THE TRUTH, I hereby state Copyright Notice on my name (name / image/ photograph/words/ thoughts/ ideas/ property/ person) at all times, as HOLDER IN DUE COURSE, I do avail myself of ALL PRIOR LEGAL rights / protections, available to me under the Constitution of the United States of America, specifically my own property rights, which are not and have never been under any contract with ANY government entity. No ipso facto law shall be passed. I speak here in the capacity of only a private citizen, -and not in any other capacity. I hereby state the following: That I Stephen Richmond Cummings ( herein/hereafter known also as "Stephen Cummings") do have a comprehensive association to the (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel), -as both (the entirety of/for the inspiration of the character of Jack Dawson), and (the inspiration of the entire interpersonal storyline of the film, Jack and Rose). That my (name/ image/ likeness/ words/ photograph/ ideas/ life history and life story/other), were used in, the (inception, creation, financing, marketing, release, and re-release) of the (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel). That in fact, EVEN THE VESSEL / its use and/or relevance, to the film, …..CAME FROM ME. (Note: that, for 14 YEARS, the (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc.), was the most successful film of all time of ALL of our lives (anyone born before 2007), that ( "Titanic", had the largest film opening (in money) in the history of China)- $67 Million in one weekend, -that (given its continuing success at home, and recent success in release in China, -the film is theoretically "on track" to become once more, -and for all time, -THE MOST SUCCESSFUL FILM IN HISTORY. (…..All due respect to "Gone with the wind"/"Avatar", -taking into account not

only (dollars adjusted for inflation/difference in ticket prices …..'Titanic' ALREADY IS, THE MOST SUCCESSFUL FILM IN HISTORY)….BY FAR!.

I am PROUD of the film, -I am PROUD, and HONORED and HUMBLED to be associated to it, given that my (name/image/likeness/words/photograph/ideas/life history and life story/other), have been used in the creation of same. -especially given the success, -the TREMENDOUS SUCCESS, of the film –which we CAN ALL BE PROUD OF.

My friendships, (personal friendships forged by only myself 1995-97, -with the "older crowd", that was still in Lauderdale, at the time, within the Mega-Yacht community), were forthcoming to (James Cameron), directly with regard to myself in his own research of me, additionally information was supplied to Jim, by specific (personal friends, and regarding friendships of only my own, some of which already existed for years prior to 1993, during his research of myself. A very good friend of mine in Lauderdale, my Exclusive Agent, told Jim about me. Note: I was only ever known to the (Yacht Agent that told James Cameron about me) by my name as appears in this document (Stephen Richmond Cummings or Stephen Cummings), -not by any other name/Title.

It should be understood that, -these were (anecdotes / stories, told by me to friends, or about me by those same persons/other friends, during that time period (1995-1997), -at the time the film was being made ), and or by them to Jim about me (during 1995-97). In other words all comes from me or is about me. I once again re-iterate, that, not everything which I spoke of in these conversations whether mentioned herein or not, -not everything, was used in the creation of the film, only specific remarks, and ALL via ONLY my friend/Agent Carole). -It's important to understand HOW the film took place / came about. It happened ONLY, DIRECTLY from myself, in most cases, to Jim, and ONLY via only my own, very close friends, some for YEARS prior to that, others…..many who id just recently met, and only in / via selfless acts of communication what I had said / did at various times.

The (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel) -is based on my own life story and (name/image/likeness/words/photograph/ideas/life history and life story/other), – as stated above/below, - in effect, and in fact, (the 1997 Film 'Titanic' by James

Cameron, and any re-release of same), was/is a recreation of select events within ONLY my own life story (1979-1997) – as told from only my own perspective, as told by James Cameron, as told against the backdrop of the events of the sinking of the vessel 'Titanic'. All of the words, all of the ideas/ideals and the entirety of the character / personality of 'Jack Dawson' is/was VERBATIM, my own words, thoughts and/or experiences / representations of same, as is the ENTIRETY OF THE FILM, -all of this can be verified by James Cameron, the Director of the film. In effect, and in fact, -the whole World knows that I was the inspiration for (the entirety of the character and personality of the character 'Jack Dawson') and (the entirety of the interpersonal story line in the 1997 Film 'Titanic' by James Cameron, and any re-release of same), -even before I or anyone else had said so publicly……word gets around….........people talk!................), and this was already known, …….in fact, -the whole World knew, -even before I had made any statements publicly, -again, -people talk. The Interpersonal (other than historical) story line, is based on a true story – the story of my Life (1979-1997). There is a truthful feeling to the film, which is more than just plot, because it IS based on FACT – my own life story (1979-1997) and/or (name/ image/ likeness/ words/ photograph/ ideas/life history and life story/other), and/or things taken from my life only, and the events of the sinking and discovery of, the 'Titanic', as told by me.

Many / most / if not all, of the specific scenes in the film are taken directly out of my own existence and life (1979-1997), and/or, (name/ image/ likeness/ words/ photograph/ideas/life history and life story/other), -as told by myself / seen from only my own perspective, and as subsequently told by James Cameron, -or are dramatizations of same, including but not limited to, the following:

- - the entire character / actions , of the character ("Jack Dawson"), -is based wholly and only, on my own personality / character / actions, and/or (name/image/likeness/words/photograph/ ideas/ life history and life story/other), - as is the entirety of the interpersonal story line of the film.

- The card game at the beginning,

- The phrase ….."you shine up like a brand new penny", -refers to (my appearance when dressed in Business attire (i.e…..a suit)…..and came once again, from an

actual occurrence, in my life, (when I was wearing a grey flannel pin-stripe suit). It does not refer to any other matter. (From a meeting with my Agent in Lauderdale).

- The friendship between ("Jack Dawson" and "Molly Brown" ).

- By the way, ( regarding the beginning of the dinner scene), -(When 'Jack' sits down to the table and see's all the silver ware, -and leans over to (Molly Brown) and asks "What do I do with all of these", and she says "Start at the outside and work your way in"), -That part of the scene came from one of the stories I told my friends around the table in Lauderdale (February/March, 1995), It made its way to the Yacht Agent who told Jim about me/and thus to Jim, -(I think she got a particular kick out of that story). That's where that part of that scene in the film comes from. Its from a time when I was Boating as a teenager. On one of the trips I took with my Bestfriend and his Father, we stopped at Montauk, -we had gone out to dinner at a place called Gosmonds. His Dad ordered Lobster for us. (I had had lobster before with my parents, but it had been a long time), -when it came, I remember kinda looking down at it with a quizzical look on my face tilting my head back and forth, (trying to remember how to eat it....), -my Bestfriend saw this and reached over and ripped it apart properly, I kinda smiled and nodded like "....Ah, of course!"..... (-:

- That part of the dinner scene, -where ("Cal Hockney") tries to socially undermine 'Jack' at the table, (is based on an actual "dinner scene" which took place in my own life (early 1997) at a table (not in Lauderdale/nyc or ny area, nor with my boating friends growing up), as I've said, it took place in 1997.

The (name only, "Jack"), comes again from my own (name/image/likeness/words /photograph /ideas /life history and life story /other), and as set against the backdrop of (Mr. John Cumings), again, only via my own name, life, and experiences, and only, via myself alone, And, -As I say, (and said in Lauderdale at the time), .....I have a life-long association to the sea John Cumings and I in fact, - of all the people in any way involved with the film, the only two people involved — he and I, -who have a prior association to boating our whole lives. We share a distant relation, John Cumings was the Director of the Sub surface Torpedo Electric Boat Company. I was, -a Naval Architect/studied Ocean Engineering and am related to David Bushnell the inventor of the 1st and 1st U.S., Submarine. The story of John Cumings/his wife, associates to the film, once again, only via myself.

—To my friends sitting around the table, I said "There was actually someone named Cumings on the Titanic, -a couple, -don't know if were related or not, probably not, but it is possible because in that time there were only two "trunks" of the Cummings family tree, and they were of the same "branch" as my father/grandfathers – from Connecticut/New England -so if at all related we would literally only be the same family tree as it were ". "Jack" instead of "John", -again comes from myself, -at the time, I always used the (Nick-name) "Steve". …..Ergo, ….. "Jack", not "John". Jim Cameron saw "parallels" to my own life situation, compared with theirs. He set MY STORY, against the backdrop of (the actual events of the sinking of Titanic/my own relative's story aboard the vessel). Any association of (John and Florence Cumings) to the film, take place ONLY via my own statements about them in Lauderdale, (February/March 1995). The end of the film, ends as it does, with Rose surviving and Jack perishing, -as a reference to myself, and my family members John and Florence Cummings.  Jim, MAY HAVE sort of ( "combined the John and Florence Cumings aboard the Titanic /my own life experiences) to "paint the picture" if you will, of the character of Jack, -…..but once again, ALL, ….DO originate with my own self. –Jim knows what I am talking about. Another thing, -that originates with myself, is the whole plot situation, of (Jack saving Rose), That is taken from my own self/life experiences) - As set against the backdrop of a real couple aboard the Titanic, John and Florence Cumings, my distant relatives.

-The scene where Jack see's Rose for the first time, on the upper deck works, (is taken directly from a similar situation which took place in my own life). –adapted for the film.

- Jack's comments about Monet, …..…..'his use of color" / etc. …..…..verbatim (came directly out of my mouth, (1995) I believe.

- The phrase where Rose says ; …….."You're blushing, Messieur Monet never blushed", and Jack responds …..….."he painted landscapes", -is "VERBATIM my character", and is a ("verbatim creative representation" as it were) of yet another situation from my own life's events.

- The part where Rose says of Jack….."So serious!"….. (-: -is yet just another sort of trait of my own personality, …..I had to smile actually when I saw that

(-: ......funny when somebody teases you, .....especially with the whole world is watching (-: ......),

- The scene on the aft deck of the vessel, where Jack interrupts Rose's despair,

- The scene where Jack "bums" a cigarette or two from the "man-servant" of Rose's husband to be,

- The statement by Rose / idea generally, of ......"you have a gift, -you see people",

- The scene where Jack and Rose make-love for the first time in an automobile,

- The scene where Jack is escorting Rose into Dinner, and (he sticks his nose up in the air, "taking on airs" as it were) came "verbatim" from myself (1996),

- The scene where Jack sketches Rose naked, -the ides of his being a sketch artist generally,

- The last scene of Jack's life where he says to Rose, ..........."Don't die here",

- -and too many other specific scenes in the film, to mention here, all of which and all herein, which came directly from my own mouth / life experiences, in fact EVERY SINGLE SCENE in the film, is taken DIRECTLY FROM ONLY MY OWN LIFE EXPERIENCES and/or (name/image/likeness/words/photograph/ideas/life history and life story/other), (as set against the backdrop of the events / history of the "Titanic

- The end scene when Rose walks up the grand staircase, into the arms of Jack, and they kiss,

- The "idea" as it were, of the name "Rose"), is taken from my very great fondness for the Boat designs of a man named Jack Hargrave, and specifically one Boat, -a (1960's Burger motor-vessel, called the "Wild Rose"), which was and still is, one of my favorite American Yachts / Yachts. I actually spoke to Jack Hargrave once, (1981/82?) -he was a very pleasant fellow, and my favorite American designer of yachts-I told my friends around the table Feb/Mar 1995, that I had spoken to Jack Hargrave. (He had passed away by then). The character of "Rose" in the film, is really a compilation , a poetic license character only, compiled from, (some of (my friendships / associations to or with, various other people in my life, up to that

point (1995-97)),  and generally, once again, -one of my "statements" (once again, as stated in conversations with friends, (-and in speaking of movies/films, I said how my Favorite Actresses of the Golden Age of Hollywood, were: Audrey Hepburn, and Princess Grace of Monaco, and Audrey Hepburn, -I said that I thought they were both very poised and classy), (and or comments made by me (May 1995 -1997), -for those interested, -my specific comments (not verbatim), about Princess Grace were, (that I thought she was the most beautiful, poised Actress / person, to ever "Grace" Hollywood). I also mentioned Jacqueline Bisset as being the most beautiful modern Actress. Other as described herein, -with regard to the character of Rose". "Rose", -was Jim's retelling, of what MY interactions were like with (les femmes), and relationships generally. -I had no girlfriend at the time the film was created (1995-97), -ergo, Jim had to use various (sources from my own life/thoughts/ideas/actual experiences-interactions with various Girls/Lady's) as a "source" if you will, -for the character of "Rose".    Once again, -as told only by me to friends around the table in Lauderdale, , or told about me by (Women friends I've been associated with prior to the films conception) – i.e. (Jim's own research about me). I go into more detail below. Those (relationships/interactions with others) were among other things, were of that nature mostly, meaning of a romantic nature. In any case though, the character is based on only my own interactions, with Woman.

- The scene in the film where Jack sketches Rose naked, is a representation of the fact that I myself was fond of sketching when I was younger, -various things, -and also is representative of (my hobby of photographing women nude – another of my artistic endeavor's).  I had told my friends that (in Jr. High School/H.S.) I had been big into sketching, and had a couple of books to learn from/practice copy-sketch from, - both were classical nude, and/or physical practice parts like eyes/hands/ faces & symmetry/etc.

- For those interested persons, (I understand that there was a ((Joseph Dawson), in 3rd class, on the actual vessel), -but (even if Jim had known this, -which he apparently did not), -the character of (Jack Dawson) in the film, is in no way representative of (Mr. Joseph Dawson), who perished on the vessel "Titanic", may he rest in peace). -the (character name "Dawson ") does not originate with anyone on the vessel/associated with the film, I can say that unequivocally because I

KNOW where it DID originate. Again, -it ORIGINATED WITH COMMENTS MADE BY ME, in same conversations around the table.

- Billy Zane, -he appears in the Film, and in fact ("play's the bad-guy"...........once again)....based on a statement made by myself at the time, ...........(once again...........sitting around the table with friends in Lauderdale), that..........."Billy Zane is one of the Best Actors in Hollywood". I spoke of how I had just recently (that year) seen him in "Dead Calm", and thought he was awesome. He once again played the "Bad-guy", and I am PROUD of his achievement, and association to both the film, and myself. He was once again GREAT, in "Titanic".   I spoke of how I thought that, ......"for an Actor, it must be hard to (do comedy, or "play the bad-guy") and make it come off, ........... make it work".

- The (standing on the Bow of the/a/any vessel, while underway, -something AGAIN, which I did myself / was seen by numerous people on the Boats I worked on in/out of, Lauderdale (1995-97)...whatever Boat (Owner / Crew) I worked on, would usually see me at some point, standing in the bow, looking down at the Stem of the vessel, the wake, and out in front of us ...used to love that when I was younger, ...........still do!.

- Jack (being dressed in (white tie and tails), came specifically from comments made by me, -my exact words verbatim were, "I prefer a white tie and tux/tails, to ("black tie"), I think it looks classier, I got my preference for white tie/tails, from - a Gentleman named Cary Grant.

- The phrase "heir to a railroad fortune", is NOT a (literal phrase / situation), I am not an "heir" to anything regarding any film, and/or, with regard to the (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel), -once again, said phrase came from ONLY (a statement made by myself regarding my fondness for (traveling by rail), and the seemingly at the time, disappearing pastime of doing so, (I had lamented the loss of the sleeper car, the dining car, etc.) and what I thought was a very fun, classy, and enjoyable way to travel, and be able to see the sights / land around you as you did so), -it also comes from other things once again, directly, and only regarding myself alone

-.....the reference to "Madam Bijou", That came from an exactly similar story, again told by myself to friends, about a Lady, whom I had a very brief, cordial, and

I thought………..poignant (sort of), afternoon with in NYC, (a woman –not related in any way to myself), -for various reasons, we found ourselves spending the day together, in the City. (I was acting as her Chauffer for the day actually, so she could come into NYC from a pricey sub-urban area near by, to go shopping). It was pleasant / enjoyable, but I had spoken of what I thought might be her loneliness, and how (of an older days fashion) -how she was adorned with clothes. She was in all ways pleasant and friendly, and we had an enjoyable time together, (-but I was sad that she seemed to have nobody else, ……..a friend, or relative, ………..companion, -to spend afternoons just like that with). I thought it poignant. When I considered our time together after the fact). By the way, ….(we lunched at a place called, …'Le Train Bleu", …or the "Blue Train". (It's a Restaurant in NYC, inside one of the (larger, more well-known Department Stores) in the City, an "up-scale spot", as it were, at the time, for those "in the know")), the restaurant, is one long thin room, -like the dining car of a train-car, (the interior is paneled , windowed, and curtained exactly after the fashion of an old Railroad Dining Car. Jim, in researching me, heard of my comments regarding (my "Madam Bijou" as it were).

- The whole thing of……….."Do you want to go to a REAL party?"……….., (and of course the whole thing of "the party" / Dancing scenes within the Film, ……Came from my experiences in a Club / Bar, that I used to work in, in Florida, when I was in College (1988/89). ………..(we had "the Spot" as it were, (we were one of the two biggest / best places in town, and we were known regionally as it were, and I would say definitely one of the top ten / five possibly, Clubs / Bars, in the area (or at least say from Central Florida (Tampa to Daytona/Sebastian)), -we had live Bands, …. (2 or 3 times) ….the Club played a lot of (New Order and Morrissey / Depeche Mode / Mighty Lemon Drops / The The / Sisters of Mercy / etc./ etc./ etc………..at the time, very avant-garde………..NOBODY was playing it but us…….-anyway, -I was one of / the, main Bartender's there, (3-5 nights/week), -IT WAS KILLER, and one of the most FUN experiences, that I've had in my life. We had (The best music, from around the country FIRST (we were a "test market" at that time), and (we had the local College's "New-Wave" Radio Station –run by the Kids, (which was known all over the State), -"New Wave",, 2 nights)), (Reggae 1 night), (Commercial / top 40, 1 night, ………..500 people / Triangle Bar (with me at the tip, AWESOME MUSIC, Bar / Dance floor on one side of me, Bar on the other

(both 2-4 deep with people) /+2-3 Cocktail girls / and a Register, (for six to eight hours), ….GREAT, ……REALLY FUN, ….........I had a BLAST……we ALL did, 3-4 nights a week for almost two years straight. ……(Dancing behind the Bar while I worked, -with 200-500 people doing the same thing right in front of me….listening to KILLER Music)……it was a BLAST ….we had a great crew of people (we were all good friends, -all the kids/people, had a great time for hours, ….........and they ALL GOT HOME SAFELY!. It was WELL RUN, great fun, and a time that I will always look back on with pleasure / good memories. It was Hilton…........when the (family) owned it. ….........AND. ….it was our own special local "mix" if you will of ….........TALENT. It was great fun. (Again, -these were anecdotes about ONLY myself, told about myself, delivered by friends in selfless acts, to Jim), ….part of his "research" as it were, ….into myself/my life.

-I was the Master of a/various Yachts, at the time (1995-97), Thus, the scene in the film where I ….........."Jack", am saving "Rose" –who has ALREADY accidentally fallen off the vessel (comes from that which I have already stated, and additionally, comes from (a story I told my friends around the table, about an occasion in Florida when I had lived there previously, -in which I had saved someone's life (it was a situation where I had saved a person from burning up in a vehicle), also, (this particular scene is sort of (a few things melded together). (In another incident I saved four people's lives on a Boat (during the time period the film was being made (1995-97)… Alas, -it was my job…. Those person's I "saved" had already inadvertently placed themselves at risk). The whole thing of ("falling off the vessel" came from  another (incident) from (myself, -joking with my (during those same conversations described around the table in Lauderdale), -(I turned to one of my friends around the table, at the time, I asked her ……"have you ever fallen in while working?" -may seem like an odd question, -but not really, (when one works professionally around a thing-(i.e…..aren't many plumbers who drown in the bathtub)-I've only fallen in once in 38 years). I related the story of how I had once fallen in the water (while helping an older guest across the tide rider …a moving ladder that adjusts with the tide), wearing my "dress whites" (we have several different uniforms we wore while working, -one is our dress-whites -our most high-grade classy presentation……I looked like a wet puppy……), The whole (scene as it were) of my/Jack's, -"saving" Rose, -is ……LIKE THIS anecdote, - retold by Jim, …......(Jim's "resetting" if you will, info/situations from myself, -

into a "scene"). Jim saw parallels in my own personal situations taking place at the time/and that just described, to other things, and (artistically represented same, in the film)-

-By the way -that phrase itself , -'King of the World", came from Me. I "ad-libbed" it actually, ....Actually, it was me, (misquoting James Cagney). Sitting around the table, -I was at one point, teasing my British friends, -in a self-effacing way, -about our American 30's/40's Gangster films, (George Raft, Humphrey Bogart, Jimmy Cagney, Edward G. Robinson), that sort, -and all the gun play that took place in American films, compared to Great Britain, -where even now, the Bobby's/Cops don't carry firearms, (just before I went down to Lauderdale, I had seen ("White Heat" with James Cagney), -I had described the famous final scenes of that film, where Jimmy Cagney is being pursued by the Cops and Feds,-and their shooting at each other, in an oil refinery the whole place is on fire –looks like Dante's Inferno, and Cagney climbs up to the top of this spherical oil tank, -(And in telling the story to my British friends, -I had raised my arms (as Jack does in Titanic), and said (Cagney) says....."KING OF THE WORLD!!!!!.....And then the whole thing blows up underneath him". ...and then I laughed (-: .....me and my "Stephen King/Bugs Bunny", sense of humor, .....Actually, Cagney said (....."Look at me Ma, TOP OF THE WORLD").

- I mentioned other films, also (around the table talked about dancing), The dancing scene in the film comes from those remarks made by me around the table/my other experiences working as a Bartender). Again, Jim melded all of this into a film. My life/relationships/experiences of life which I spoke of to my friends/etc.. Also regarding the dancing aspect, (we had around the table talked about films like "Saturday Night Fever", -the social impact they had had, -got everybody out to the clubs, and dancing. The love story comes from other aspects from my own personal (mostly romantic)/some other, experiences. (at one point around the table we spoke of dancing.....I said that - the only Dance I know/still remembered how to do was the Waltz. (.....one of my friends sitting around the table asked me "Who taught you how to Waltz", .....(and like the good semi-Brit Boy that I am, -I straightened my back, pointed my nose up, looked down, and said....)....."My Mom taught me how to Waltz".....-I was maybe 8 or 10 years old at the time). That's why the scene of 'Jack and Rose' dancing together, begins with them Waltzing. All this is taken from my "life experiences" (mostly romances

though) as told by me around the table. Also, when washing the Boat, I was singing ….."Dance with me" by Orleans / and other 70's songs. Many with dancing themes as it happens. The part of the dancing scene in the film, (where Rose does a Ballet move), came from (again another story I told my friends Feb/Mar 1995 around the table). As I told them, -when I was like 10 or 12 years old, (while the film 'The Turning Point" was being made (Ann Bancroft/Mikhail Baryshnikov/others), -we had as a guest in our home, a girl named (Leslie)/her mom and sister, -she played the (Premiere Ballerina Dancer in the film/love tryst of Baryshnikov's), -I was really young, (we had friends who were dance instructors and had worked with people like Gene Kelly/others, and they were Leslie's actual real dance instructors at the time). So, Leslie had stayed with us in our Apartment, while she was making the film. She was really pretty. And very nice.

- The scene where Rose say's to Jack, …........."you're crazy!", -and he responds …........."yeah, -that's what everybody say's", -was VERBATIM, both out of my and my friend's mouth's and directly from my own life experiences (1995-1997), -came from an actual conversation.

- The WORDS……"….You could still smell the fresh paint, the CHINA…had never been used, the SHEETS….had never been slept in",,,,,,,, ALL IS VERBATIM OUT OF MY MOUTH. At the time, I had been discussing 'Titanic' the vessel, - these words were said by me about the 'Titanic' itself. I had been (as stated elsewhere herein, been talking to my friends around the table in Lauderdale. We were all Yachting professionals. I said….."Titanic was the ONLY Commercial Yacht ever built TO YACHT STANDARDS. The Deck, was TEAK covered from stem to stern just like on the Yachts we work on. It was said that 'you could sink up to your knees in the carpet' by one of the Cunard Chefs. Moreover, ….."Everything on the Boat was BRAND NEW…..EVERYTHING". I described to my friends that….."Just like when we modern Yacht professionals (do a charter/getting the Boat ready for the Owners or guests), -often times, there is still work going on, (especially if you are just coming out of a Yard somewhere), -oftentimes there are still workmen or contractors still working on the vessel right up until the last minute…..it was that way with 'Titanic'…..", I SAID….."When the passengers boarded the vessel" (the 'Titanic')….."you could still smell the fresh paint, …..the CHINA…had never been used, …..the SHEETS….had never been slept in",,,,,,, ALL IS VERBATIM OUT OF MY MOUTH. These remarks went VERBATIM

into the film.    As did most everything else described herein.....VERBATIM, and SPECIFIC AS TO SUBJECT also, -the "subject" being....'Titanic'.

- The (remark by Jack in the film.....(about being from Wisconsin)), -came from the time I was (singing while washing the Boat in the Boathouse in Lauderdale).....(it's a habit of mine to recite various scenes from movies/do impressions of various film characters) its just something I do to amuse myself while working or at other times, -just being goofy. This was one of those instances. It took place as I say, the same time/days, that I was working in the Boathouse in Lauderdale, washing down Megayachts. The same time/instance, that I was singing, -and which MANY of the things that went into the creation of the script/film, were taken from. In between singing and washing down the Boat, (I was thinking of a film which I had just recently seen before coming down to Lauderdale. (It was a film called "Black Widow", with Theresa Russell). There was this "funny little man"/Asian character who played a seedy private detective. In one scene she goes to his office, and walks in the door, and he says ....."Why you no knock?!.....I come to your house I knock!", Then he says "Where you from anyway" (as if to say....."What were you born in a barn?").....and she responds with this look on her face like it hadn't crossed her mind in a VERY LONG TIME......"I'm from Wisconsin actually"..... That's where it comes from in Titanic. James Cameron/others, -watching ME, reciting THAT scene (from 'Black Widow").

-the remark about French girls comes from (a combination of the fact that I had told the about my being a sketch artist/photographer in my youth) and (some remarks I made during our conversations. I said that I had always wanted to go to Paris because it seemed very much like where I grew up but almost prettier in a way, that I had always wanted to see it ). .....Also other various remarks I made regarding French Women..... (-:

(Above), -this particular scene......kinda embarrassing actually......(came from again a "verbatim" scene as it were from my own life (Early 1996)) ......(I hit on this chick that I thought was cute (during that time period 1995-97), -passed her a note (very Jr High-school like) and invited to meet later / go out (she was with someone ALL THE TIME, -conversation wasn't possible as it were)........wound up being her Husband (they were close)... ....(which I was happy for her that she

was happy)……. …….nevertheless…….(WANKER!!!…..he looked like a 'Gas-station' attendant)…….. …..tse-la-vie!, -you win some, you lose some!

-the "spitting" thing, …..comes from (during our conversation around the table) I had told them of having spent time in Oklahoma when I was younger, and how all the kids there used to (chew tobacco/snuff), and would swallow it sometimes to catch a buzz. I thought that was a goof. ….for a Kid who'd grown up in NYC/Connecticut.

-Everything which came from myself, which (went into, and/or was used, to create the (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel), by James Cameron), -went into the film, in the same (context) as which it came from / came out of, -my life.

-(The film itself, (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel material), by James Cameron), was conceived (primarily) BECAUSE OF (statements made BY MYSELF, regarding the event of / situation regarding the sinking of the "Titanic"). Also my own and Jim's mutual enthusiasm / interest in (Ocean Exploration, and Undersea ROV Technology / the vessel 'Titanic'), -and Jim's desire to make a film about the "Titanic"). The film "Titanic" that **was in fact made** created AND CONCEIVED, was BECAUSE OF (statements made BY myself, ABOUT the "Titanic" / event of its sinking, -those statements were made by me in Ft Lauderdale, in February/March 1995), -those statements that I made were VERBATIM (that, -……"the "Titanic" (its sinking) really was an historical and IMPORTANT event in terms of Boating, -MUCH MORE than MOST people realize, -from THAT moment forward, EVERY Ocean-going vessel carrying passengers, was REQUIRED BY LAW, to carry aboard LIFE BOATS and PFD's / Life-preservers for EVERYBODY aboard, and it also led to various other things, - changes to / regulations in, Boating, which enhanced safety" -(I at the time, was thinking of, and referring to – (the establishment / standardization of Ocean Cruising routes, across the Atlantic / other seas regarding Bergs), which enhanced the SAFETY of ALL involved in those crossing / cruising, of those routes, and the movement of those routes to more Southern latitudes than had been to that point.

-Something which I MYSELF only learned of in (end of December 2010)…..…..(MY IMAGE, ACTUALLY APPEARS IN, the "story-boards" of the

film. I happened to discover that when looking through a (coffee-table book, titled "James Cameron's Titanic", which was about the creation of the 1997 film by James Cameron Other than "Titanic", I am not really directly involved in the film community per-se, (though I certainly have a lot of fans within same, -for which I am grateful), ......"Titanic" REALLY IS, ......'the greatest film ever made", -and I don't think it will ever be surpassed, (even if ever financially). Many things took place within the film, and the making of the film, -which had never been done before, and never will be again. Myself, I marvel at Jim's creativity, -to have captured a living person's character and personality (as was done in the case of myself (as Jack Dawson)), to have taken all these things, ....-all the stories,   music I sang, emotion, and everything else, and meld them into a film, and to have done so successfully, -and to have set all that, -against the backdrop of the story of the 'Titanic' ...........that dreadful night, -and to have done so in a POSITIVE spirit of FRIENDSHIP that WAS the film .

------------------------------------------------------------

-The way the film came about:

-Jim heard of me through (personal friends of my own from Lauderdale), and became interested, and subsequently obtained information about me from specific sources (such as personal friends of mine in Lauderdale, and friends of mine in fact throughout the State, and elsewhere), -Jim "researched" me as it were.

-Because of his (Jim's) interest in me, he was privy to statements made BY me (February/March 1995 – 1997 / and-or until the completion of the 1997 film "Titanic" /its original release). The film "Titanic", took place and came about, because of statements made BY me, ABOUT the (sinking of the Vessel "Titanic"). Note: just as (NOT everything (from those conversations around the table in Lauderdale) was used in creating the film, just as (NOT everything from my experiences during that that time period 1995-1997, was used in creating the film (at various times such as (Nov/Dec, 1995) I was busy working outside the country and was NOT in contact with my friends in Lauderdale who were communicating info about myself to Jim, - ergo (as an example, (nothing from that time period Nov/Dec 1995 was used at all, in the creation of the film)). It was actually two different groups of people within Lauderdale, who don't know each other/did not at

the time the film was made (1995-97), -still do not know each other now to my knowledge.

-The way the film was created, and indeed CRAFTED, BY JIM, -was by taking (ideas I HAD VOICED about film-making (Mar-May 1995), and used THOSE IDEAS, to in fact CREATE the film). THAT ALSO, had NEVER BEEN DONE BEFORE, in the history of film-making, (you have to understand that I MYSELF did NOT KNOW, the film "Titanic" was being made by Jim until I viewed it in the theatre.

-The way the film was made:

-Jim created the film from (actions / events / stories / even dialogue in some instances, -all taken from my life only) and my (name/image/likeness/words/photograph/ideas/life history and life story/other), WHILE I WAS LIVING IT. That had never been done before in the history of filmmaking, and never will be again to such an effect. DIALOGUE was taken DIRECTLY FROM MYSELF and placed into the film, WHILE I WAS LIVING IT. That was and still is, UNIQUE in the entire history of filmmaking, and unique in a "feature film", and unique in ALL of filmmaking in anything other than (Documentary) format. (The only thing I can think of that even begins to come close is "The Audey Murphy Story"-where he played himself / or the instance of Casablanca (where some of the dialogue was made up as they went along, some by the Actors themselves-which by the way I mentioned in our conversations around the table)) –but what JIM DID, -was a HUNDRED TIMES MORE RISKY, DARING, UNIQUE, and never before done/equaled in the film industry.

-some of the ideas I voiced about filmmaking were the following, and ALL were USED to make the 1997 film "Titanic":

-in conversations with friends, I stated that "if I ever made a film, I would use totally un-known people for the most part – people who had not been in a bunch of films yet or who were NOT very well known already, -I think that adds very much to the 'Artistic achievement' of a film, (also if the film is popular, those Actor's that are in the film INSTANTLY become "Stars"" –as in fact happened in the case of "Titanic". I said that "I liked the idea GENERALLY of using un-knows in a film, -I think it's refreshing, and makes the STORY itself, more powerful,

BECAUSE it is an "un-known" Actor / Actress. Though all who were involved with Titanic were (accomplished actors), many were generally not well known/well known here. For example, Leo DiCaprio, and Kate, were both actors, …..Titanic made them STARS, and Household names…..

-again, in conversations with friends, I stated that: …........."I think it would be cool to make a film, or SOMEBODY should make a film….........now (in 1995), -which is made in the genre of a film from the (30's-40's era style)……now, -the classy evening wear, the Dancing, the Music, the story-line etc., ….........I think that would be really cool". That, is EXACTLY what Jim set out to do, and DID, in making "Titanic". The (back-drop story of the vessel, the costumes/makeup, the set decoration, (the vessel itself –incredibly recreated), the video creative technology- which went into the making of the film, which was/still is "cutting edge" technology, -which again, -had never been done before in the history of film- making, the production, etc………EVERYTHING was done to CREATE that effect, that I had voiced, (a NEW Film, made now, relevant now, with a story FROM now/current modern day) –set against the backdrop of (30's-40's) era style films. And again, -that had never been done before in the history of filmmaking. All the ideas may have originated with me, and DID, ….but it was all Jim's ARTISTRY which made the film. (I would say note also here: -that, (THAT IDEA, (my idea), -(about making a film now, with a story from now, that was made in the (30's-40's) era genre), was in fact, subsequently (copied and imitated FROM the film "Titanic" made by Jim) after the film came out, by other (film directors, and TV directors/producers, -who shall remain nameless), -my idea (or that "formula" if you will, is STILL being copied and imitated from "Titanic", by cable TV producers, -even as I write this).   (Something you need to understand is that: - although it is true that all period films, use period costumes / backdrops / story in some cases /etc.)……MY IDEA that I voiced, was to SPECIFICALLY MAKE a film ……now/modern day, (of the 30's-40's style), …in other words, make a film, RELAVENT now, but which was set in the style of, (a 30's-40's) era film. And in fact, -(and this is another unique thing of the film and everything which went into the film, CAME FROM MODERN DAY, and was PLACED / set into, a backdrop story of (the sinking of the "Titanic"), ……(i.e. …….I did not say, "let's do a film, set in (such and such time, and the costumes will be done "in period", ……I DID SAY……"a film should be done now, (in the 30's-40's period style), -THAT is

what was done, -via a story of myself, my (name/ image/ likeness/ words/ photograph/ ideas/ life history and life story/other),), and (all of that), was (set against the backdrop of the sinking of the "Titanic" by Jim)),.... –again, that had never been done before.

What I had suggested, is in fact, the OPPOSITE/reverse of, (doing a film "in period"). What I suggested was doing a film (with a current story line), now, using (costume/other) as it were, from ANOTHER period. ...........(i.e.....-the reverse / opposite of doing a film "in period"). A VERY UNIQUE idea, in the Art of filmmaking. ...........in fact, -it took someone from outside the industry to think of it!. ...........Me.

The Vessel, both modern day, and of old, -were just a "backdrop" as it were to (THAT/my idea / and (real true story)...........(the story of my life...........(as shown / displayed by/as, ......Jack Dawson) in the 1997 film "Titanic" by James Cameron), by using my (name/ image/ likeness/words/photograph/ideas/life history and life story/other),. ......it took a CONSUMER of the film product to think of it (in this case myself). This is due to the fact that ("we the people"...........as it were, KNOW what we like). (I and everyone else LOVES OLD Film's), we love the (STYLE, the classiness of the dress, we like the "mise-en-scene" of the (characters and script)). ......THUS, (my idea, -making a MODERN FILM STORY, using those (qualities / traits, if you will) –of a 'bygone era". (my idea of making a MODERN film story, with the "Golden Age of Hollywood" style / costume / etc.) was UNIQUE, and NEVER BEEN DONE BEFORE in modern film history. –not until James Cameron made that film, - 'Titanic'. The conversations I had with my about films, with those people I met when I FIRST arrived in Lauderdale (...literally the first couple of weeks/few days), were with people totally not familiar to myself, nor I to them, at the time I made my remarks (having to do with the Arts / Film arts especially)...(i.e., -MY CREATIVE IDEAS ABOUT FILM/making a film) –they (the people I spoke to ), - they knew nothing about me personally other than what I told them..........they – none of them knew ANYONE that I knew, nor vice-versa. (All of that did happen later on), but (after those first few days, (the only thing that went into the film were verbatim remarks/other of mine LATER ON, and from only myself directly)).

-Everything which went into the character and personality of Jack Dawson (my character and personality and actions words etc.), (and the fictional character of Rose, -is a fictional character, and her essence as it were, was taken from (examples of my own interactions with (….les femmes), and my own statements regarding girls/women, / musical themes / etc. as I've described elsewhere here this document), -and as seen/told by James Cameron, and became the entire film, and its 'mise-en-scene' if you will.   ….........an almost VERBATIM recreation of one of the main characters (my own, -in Jack Dawson), and the other (Rose – a fictional character, taken or comprised from various previous specific incidences, relationships of mine, loves (Romantic), stories, ideas, thoughts about others/the backdrop story of my distant relatives aboard the vessel John and Florence Cumings)…..........NONE of this had ever been done before). In addition, there was the (at the time) electronic, animation, and technical work, -which was itself /still is in some cases now, "cutting edge", and never been done before.

-(dialogue / scenes / portions of the plot specifically /the plot generally /the character of Jack Dawson / etc. /etc./ etc……......(all specific to ONLY myself, seen by told from, only my own perspective, by James Cameron)), and ALL…......... WHILE I WAS LIVING THEM, …........."real-time", so to speak, and placed into the film, indeed CREATED and BECAME, the film. That, -had NEVER been done before in film history, (Mind you, a lot of it was…."artistic rendering" as it were of various scenes / situations in my own life which became many of the scenes in the film, -but nevertheless, -THAT had never been done in "real-time" as it were, and certainly not for a Feature film. Jim took a big gamble!, ….and on ME….and I'm AMAZED!.......   ......myself, I wouldn't think that anything I did / said was that ……emmmmm…........."dramatic" / film worthy,  .....I guess time / and the Box Office, have proved otherwise,

-This document is a (SWORN statement, and affidavit), as to (the SPECIFICS OF THE CREATION OF THE (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel materiel), and (as (same) as regards myself personally). –Given that the entire film and everything which went into it came from/originated with myself personally only, - my (name/image/likeness/words/photograph/ideas/life history and life story/other), -OBVIOUSLY I am in possession of the facts as to HOW ……EXACTLY……that happened / took place.

- The Music of the Film , the ENTIRETY of the (mise-en-scene) of the MUSIC of the film, ...........came from ME. Let me "expound".......shall I?!................ (Jim "melded" music into a film, "Titanic", -the way things like (the Sony Walkman/etc.) have melded Music, and now video, ...........into our lives) , (and I mean only the greatest respect and thanks to (James Horner, Celine Dion, and the Artists who recorder / wrote, the music of the film, -to THEM goes the "glory"......), -Jim described what he wanted, and it was THAT, that was done for the film, -and THAT, ......CAME FROM ME, (the songs don't come from me), only their – in some instances, (mise-en-scene), (and theme in some instances, and "style") or themes.   Some of the moments of my life which went into the 1997 film "Titanic", were taken from several occasions during that period (Mar 1995 – Apr 1997), when I was (usually standing on top of a MegaYacht washing it, or chamoising it down, /or other times when I was working on Boats, -I always / still do, sing a lot ......anyway, MANY if not all, of those moments (where I was whistling /singing / etc.) were in a place called ("the Boat House"), in Ft Lauderdale, Fla........ –It's an enclosed overhang – like a "car-port" as it were (but for Mega Yachts), concrete and steel. To berth a yacht. It happens to be PERFECT acoustically, and if you enjoy music, or to sing, -the place is great........ It's like being in a "band-shell", it clarifies and magnifies your voice. Radios/other, generally are not allowed, -I always thought that someone would tell me to "pipe-down", or "stop strangling the cat", etc. ...........they never did though. You need to understand that –due to Jim's "research" of me, -he was privy to various things that I said, did, felt, ....during those times (Mar 1995 – 1997). Much of it / all of it, was communicated to Jim via personal friends of mine, many within the/from the, Yachting community in Lauderdale, -mostly people who are now deceased / retired from the industry, -this was mostly the OLDER "crowd" as it were (when I first arrived in Lauderdale (Mar 1995), and through to (1997), and –or /other friends of mine in Florida, in what has always been totally selfless acts as friends- they / and other of my friends in Florida, communicated to Jim, these various 'points of interest of myself" as it were, -including that I liked to sing, what I was singing, the mise-en-scene, if you will of the emotion behind it...........all of which came from me / originated with myself, -and I am very grateful to my friends for their....'support", ......and trust. For example, I whistled note for note whole movements of Bach, Pachelbel, - (one of the things I did/sang, was to whistle

verbatim, the first 10 ½ minutes of the instrumental of the song "Shine on you crazy diamond" while washing the Boat - the Gilmour Wright intro …..(Gilmour being the absolute coolest!... )….. (Generally, (even though sometimes I'd (sound out the drums or guitar vocally, or whistle the guitar / piano parts), mostly these were songs which were good songs to SING, -were good VOCAL pieces, -as I was without instruments, and just singing for my own enjoyment as I worked, …….didn't know / think that anyone else was paying attention))). The entire 'mise-en-scene' / emotion, of the first scene of the Musical Reprise at the beginning of the film, …..(….."descending into the depths…..), was taken from (one of these moments) in the Boathouse, where I was (whistling / singing Civil War, and other lonely or sad ballads….a couple of which were (Celtic / Gallic, …..old Scottish and Irish songs from way back……"the Old Country"…..as it were….). I was taking a break, sitting on the end of the pier, smoking a cigarette, -looking down into the water……. …….(At the time by the way, I was not (laying down), -but that whole thing of laying down with a hand behind my head, the other with a cigarette, looking up at the Stars, also came from me of course), -anyway…… …….(you have to understand that I didn't even know anyone was paying any attention…… …….I didn't know about the film until I went to see it in the Theatres, …..it's difficult to put that "understanding" into words). But it applies to all of that stated regarding these songs / music I sang, -(it was not somebody's music made into a film), it was (MY own emotions, as stated / sang by me, during those times)…..again, -Jim's Artistry….. ….Me, -I was just singing about the things I was feeling, many of the thoughts I was having at the time were graphically displayed via the music I was singing…..at the time…..what I was singing about, was what I was feeling / thinking about, ……at the time. And singing for the sheer pleasure of it - I would just sing/whistle, whatever I enjoyed singing. Sometimes I would sing the whole song, but usually, I would just sing some verses, -or a verse that came into my head), ……I think there's a lot of Poetry, in just a verse…..

- (Note also as an aside here: ………Most of the relevant people / friends who I sat around the table with, (relating some of these / stories that went into the film) – were all (Brits, Aussies, Kiwis, and South Africans, and a Frenchman, -mostly Brits……….I was the only American). These conversations I had with friends around a table, were only one of the sources of that which went into the

film, …….many really, came from numerous different sources, (I've displayed as it were, some of the "method" used generally, (in/by, repeating those conversations reiterated here), -but as I say there were NUMEROUS different sources of the same nature, and NUMEROUS different friends, -both in/not in, the Boating/Mega-Yacht "community" –from which the materiel that went into the film was drawn from myself.

- There is nothing (religious, ethnic, political) about my actions/comportment (1995-1997).     My actions, statements, comportment, reactions, are/were not based on any (religious, ethnic, governmental or political, or other "belief system"), they were based SOLELY on friendship, my love and concern for my friends, and their loved ones, and my own love and concern for my own Parents and friends.    The same things that motivate most average people.

It was "timing" / "fate" if you will, -with Jim, (him hearing about me from friends in Lauderdale). During the period (1985-95/97), there was GREAT INTERST GENERALLY in the vessel "Titanic",  (prior to discovery)  to find it if they could - there was great interest in the vessel itself. I myself was only one of many people, hoping they would find it. Jim was another, interested person, in the vessel and its history.

-The film "Titanic" is UNIQUE, and it will NEVER be an experience, "re-created" in film History. Jim, -did, in fact, do something even more important, …….he did in fact, PRESERVE THE VESSEL, PERMANANTLY, for all time on "Celluloid" (……..these days digitally), but for POSTERITY, …….and in a very UNIQUE, POSITIVE, REAL, and TIMELESS way……for ALL OF US, (using modern methods / the numerous dives done on the Ship / the Robotics & interior searches of the Ship / etc , -through JIM, the Vessel was "preserved". Titanic, has succumbed to rust, thanks to JIM, -it is there, for EVERYONE to see, …….for all time…….and with a VERY POSITIVE ……"spirit" if you will.

In fact, all those persons ((whom information came from about myself) that went into the (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel material) ) are not know by anyone but myself alone personally,

The film was timeless, history making and enduring. Despite (Jim's / others') achievements, -I believe that, in terms of overall / ongoing sales -The 1997 Film "Titanic" by James Cameron, and Lightstorm Entertainment Inc., will stand the test of time as the (MOST SUCESSFUL FILM EVER MADE), and (the most successful film (certainly within our lifetimes), …..as it did already, for the first 14 years.

- (James Cameron) specifically chose (Leonardo DiCaprio) to play the part of (Jack Dawson)…..(i.e. – myself), in the film, due to our similar appearance, and specifically due to statement I MADE about him, (Leo DiCaprio) and I are in many respects, very similar looking, and we have the same build physically, personality wise in some ways we are similar I guess in ways, (though he definitely "played me" as it were with Jack Dawson, TOTALLY, -its funny actually…..being me….and watching it on the screen)-mannerisms and such, (-: …… also: (In early 1995 February/March)-I had made the comment (again to friends –while we were talking about various films)…….that, (I had seen clips from (one of Big Leo's (at the time, …..recent films, at the time) "Romeo and Juliet" and thought that Leo DiCaprio was really good in it, …..I think I said, ….."that young kid is really dynamite in that film", or something to that effect), …….so you see "Big-Leo", -you got to play "Romeo and Juliet" again, -only this time FOR REAL……..in a sense…….

-The following are a few anecdotes related to this:

-(On many occasions, since the film 'Titanic" came out in 1997, -I've been walking down the street, in New York City, and I'll be passing (one, or a group of individuals) walking the other way toward me (with this wide-eyed questioning gaze)- as though they recognize me. Upon noticing this, my mouth starts involuntarily curling up into a sort of "smirk" because you see, I've been through this before several times, and I know what it is that they are thinking. As we pass each other, (in one instance this guy leans over and says to one of the girls he was with) – "that guy looks like Leonardo DiCaprio", and the girl said " I KNOW!". After we pass each other, -I just kind of smile, and think to myself, …:..("uh, …..no…..HE looks like ME!").   A lot of them think they're seeing  DiCaprio…."Is that Leo DiCaprio?"….It happens so frequently now, I'm thinking of getting a black t-shirt with white lettering :

….."NO, It's NOT…..DiCapiro WISHES he looked THIS GOOD"…..

-( In the summer of 2004, one day, -I was sitting in one of my favorite / i.e…….CHEAP (Chinese take-out) fast food joints, (in NYC), -this particular place has a single table which seats four, -mostly it's a take-out place, but they provide this little table, in case you want to eat there instead. When I arrived, there were already a couple of teen-aged girls sitting at the table (say 12 or 13 years old). I asked them if I could join them, -they were very courteous, and I sat down next to them. There we were, the three of us, eating our Chinese food, -and the two girls (as fickle little teen-aged girls will tend to do), were having a discussion with each other about their favorite "heart-throbs", -I listened for a while, -and then I asked both of them, "Who's your favorite "Star"?, -they both said "Hugh Jackman" (who was/ is a local stage "heart-throb" –so to speak in NYC (at the time), -I had never seen him, but I'd heard of his Play, and that he was very talented – I knew who he was). I listened for a bit longer, the girls were talking about various other of their "heart-throbs". After a while, I asked them….."What about Leonardo DiCaprio?"…….and one of them ("the spokesman" of the two), said……"nah!"……-I sat there with a kind of ……dejected look on my face, …….frowning. -the little girls just kind of looked at me. After a couple of seconds I said........"Oooooowhy not?", ….they giggled at me, and then "the spokesman" said….."oh, we like him, he's good looking!, -he's just old, that's all"…..(as in "old hat")……the three of us laughed together, and I was like….."Oh, O.K."…..

……After that, all was "right with the World" at our little table, ……) .

Once, (this girl I was seeing up in Connecticut, said to me) …."My Mom thinks you're the best looking (Human Being) she's ever seen in her LIFE!", -I just laughed, and was like….."Wow, that's quite a compliment, -I don't even know what to say to that one"….."Tell her Thank You!". Once when I was in my mid-twenties (maybe 25, or 26), I was walking alone uptown on Broadway – maybe a block or two north of "Zabars", -I had a whole school bus load, full of Catholic school-girls that had pulled up next to me on Broadway, -yelling and screaming for me at the top of their lungs, -I remember looking up to see 3 or 4 blocks worth of pedestrians -including myself – all looking around to see what was the Emergency?!......(a couple of seconds later -3 or 4 blocks worth of pedestrians were

all looking at ME!, …..I turned BEET RED I'm sure! ….I just kind looked around with this ridiculous grin on my face, kind of shrugging, like……'I don't know?!''…… …..It was very flattering I must say. It was also very embarrassing! So I guess this is the anti-climactic downside to the whole Hollywood publicity trip. ……alas!, -all I get these days is ……."nah!" ……hmmmmm, -I think I miss the "good ole" days………..).

 - I always thought from the time I was very young, that his work / that of people like Jacques Cousteau, were fascinating, and mentioned that as well around the table/the fact I was SCUBA Certified.

-many things that which went into the film, came from those not involved in any way in the Boating / Yachting Industry, ( -though I would like to express my THANKS, to (….'my friends of", or friends of friends, of my own, in and from Lauderdale), –again, my friends there were of the "old crowd" in Lauderdale – most have since retired / other. …with some of the BEST People in the Yacht Industry….(people such as Bob Koerber, Lon Sargent, Carole Manto, -may they rest in peace, and others………..as I say "the older crowd" that was still around when I got there (1995-97)), -which again, (my association to all, took place via my own volition). When I first got there in 1995, Lauderdale was still a fairly small "community" of people in the Mega-Yacht Industry, it has since grown greatly, along with the size of the vessels). At the date of this affidavit, - I myself, have not been involved in the Boating Industry, for many years. Though still/always, an avid Boater.

-The (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc., and/or any re-release of same materiel material), -is told as a "flashback" to various times in my life, and some instances -a different time, than when the film was made. And in some instances, the retelling of the story of the wonderful time had together by friends. As told by Rose. This is what the Film "Titanic"  is BUILT around. THAT "Story", and that IDEA ORIGINATED with me. The idea of telling the story the way the story is told as a "flashback" by Rose, -is taken, AGAIN, -(from my conversations with friends, In which I related many stories of wonderful times I had, had, -growing up on Boats and generally in my Youth /other experiences of my life). At the time, I felt it was important to do so.

- I was surprised (in creating the character of Jack) /the storyline of the film /etc. – would come so close, to MY OWN (personality / character /mannerisms / etc.), - given as I say, all of it CAME from me, -even dialogue which went into the film….."vignettes", -EVERYTHING!. -the whole time I was watching it all the first three times…..I was smiling, or sitting there with my mouth hanging opened……stunned /surprised, ……(and like –hey wait a minute, ……he got that from me), …..or (wow…..he put all that together to do (such and such) in the film…..). -as the person this thing was built around, the (1997 Film "Titanic" ), ……I was really overwhelmed, when I saw it. And, very touched, humbled, and grateful, -for all of the good will, shown and displayed towards me, - by my friends, and by those I didn't even know.

I'd like to just say, that, -……From the moment Jim heard about me from my friends in Ft Lauderdale, (and then further later on, -stories about me from my friends….now our (mutual friends)), -an "ASSOCIATION" had been formed between us, -albeit without my knowledge until the film came out. Any/every association of mine to the film, originated with myself (at the time 1995-1997, in Florida), directly to (Jim / Lightstorm Entertainment Inc.. Inc., in Santa Monica, CA) from only my Agent Carole Manto, -there were no "intermediaries" in or regarding, third party places, anywhere – meaning, JIM, researched ME himself personally, after being TOLD about me, by Carole, and after that, by friends.

-------------------------------------------------------------------------------------

My 'Storyboard'……as it were…..

-the white-tie/tails came from (my remarks about Cary Grant, my remarks about (white tie / tails)), and specifically from, ….a Photo of myself (April 1995), -see below , I designed/had made, the Epaulet Crew Jacket you see me wearing in the photo. ( Another of my friends from the 'Old crowd' Jimmy Smalls, fabricated it for me ).

 

(Above)- (left) is <u>a copy of (the Storyboard used in the creation of the film</u>, taken from Jim's Book), -(note also that – the likeness of (myself) is used in the Storyboard, - <u>I show this because it displays the (thought process taking place at the time with regard to HOW the film was conceived and created…..and to further display MY PART/association, -in that process</u>. (Photograph on the ((left) one of the actual storyboards used in creating the film- showing the likeness of myself. <u>The Woman shown in the drawing from the book is a representation of Carole Manto, my Exclusive Agent in Ft Lauderdale)</u>, ((right) an actual photo of myself from my resume with Carole, at the time (1995-97)).

(Note: -the (Original Storyboard used for the film, with the likeness of (myself) is used in the Storyboard) above, is taken from (Jim Cameron's Book, "James Cameron's 'Titanic', ISBN# (s): (0-00-649060-3)/(0-00-757516-1)/(10: 0006490603, 13: 9780006490609, 10: 0067575161) / and any (reprint/ subsequent version of same book/ printed information).

-the scene where Rose says to Jack ….'you're crazy!'…….and I…/….HE responds, ……'yeah that's what everybody says', -is <u>VERBATIM, from a conversation I had with Carole</u> (during that same time period 1995-97). (-again, as with all, -this scene/all of those which came from myself, went into the film in the same context, as that which they came out of my life).

---------------------------------------------------------------

**<u>MY Image – actually appears on one of two of the ORIGINAL posters for the film placed in theatres at its opening, WORLD WIDE in 1997</u>**, and (in the United States Dec 10, 1997).



The Poster on the (**left**) is me / other– it was the 1st image to come out in public about the film, and was one of two of the original posters of the film.  (The Poster on the right is of course Leo and Kate).

-----------------------------------------------------------

–this scene (where 'Rose' descends down the Grand Staircase, and I/'Jack', am waiting for her, -kisses her on the hand, and says ….'I saw that at the Nickelodeon once and I always wanted to try it'…….), -the ENTIRE SCENE, and the actual DIALOGUE –that phrase/the whole situation, -is verbatim out of my mouth / life. Took place (June, -I believe, - 1995)). –Again is taken from my life in the same context as which it was placed in the film/and in fact verbatim. –and I said 'Movie' not 'Nickelodeon'…….my remarks were dated as it were, to the proper time period by Jim. The person who's hand I kissed, was the Wife of the Owner of one of the vessels I worked on during this time period (1995-97), -as she walked down the (Tide-Rider/gangplank) of their Yacht, after a charter, as they left to go home.

- (This particular (scene-within the 'Dinner Scenes') – where 'Jack' turns his nose up to (……….act appropriate to his surroundings of grandiosity), -came verbatim out of my mouth / life experiences (1996)), -I once turned up my nose once while walking down the Dock (MegaYachts all around me), -in a very ( "Grey-Poupon" manner), …… my friends got a kick out of it…(and this was just another anecdote about myself that made its way to Jim).

-(The whole thing of (Me/Jack), -holding Rose in front of (me ) standing on the rail on the Bow… speaking to her from behind and kissing her from behind)……is taken directly from my own actions/life experiences, a particular of my life experience scenes shown as Jack. Also, the whole thing of (flying) on the Bow

while underway, again, came from Jim's own research of me, stories told him /etc. about myself, this scene on the Bow, is VERBATIM, my actions, personality, and character.

-The scene where Jack and Rose, -make love for the first time in an automobile, -is taken from my actions / life experiences. .....on one, alas not the first, occasion, but one I did speak of. (myself I don't speak of my personal interpersonal experiences in detail), -something funny happened outside the car at the time, that's why I mentioned it at the time.

As can be seen from (this document) - both the (thread of the storyline/plot of the film, /everything else interpersonally from the film –as told in the manner of the film), AND (the anecdotes/vignettes which have gone into making each scene), AND (the theme of the Music-in some cases), AND (the Dialogue, in some cases, mise-en-scene in ALL cases), (the IDEAS of HOW to make/stage the film), (the choice of Actors, in some/most cases), (the PERSONALITY/character of the MAIN characters, specifically of/as Jack), and of (the (Poetic License character 'Rose'), are based on my life and past relationships/friendships)/other information put forth by me descriptively/or by others about me, and my (name/ image/ likeness/ words/photograph/ideas/life history and life story .

(Note: that, for 12 YEARS, the (1997 Film "Titanic" by James Cameron and Lightstorm Entertainment Inc.), was the most successful film of all time of ALL of our lives, that (given its success in its recent release in China -where it had the MOST SUCCESSFUL FILM OPENING IN THE HISTORY OF CHINA, -the film is theoretically "on track" to become once more, -and for all time, -THE MOST POPULAR AND SUCCESSFUL FILM IN HISTORY. Additionally, ....no offense Jimbo....'Titanic' is YOUR Film and CERTAINLY to YOU goes the glory!.... (but in 1997 tickets cost $7.50 when "Titanic' came out, ........NOT $13.50......as they did in 2010 when another of your film's was released).   If you'll allow me this slight bon-mot , -I'd say that .....(All things being ME, ......Me being "the Kid"...)....... ........To quote Stephen King......."the Kid is worth 10 of you".

-"The normal repeat viewing rate for a blockbuster theatrical film is about 5%.

The repeat rate for Titanic was over 20%."

-"At one point, Paramount had to send out new prints of the movie

because theaters had literally worn out their reels".

-"Titanic spent more time at #1 than most movies play in theaters".

-"TITANIC" STAYED NUMBER ONE AT THE BOX OFFICE FOR 15 WEEKS,
A RECORD WHICH STILL STANDS TODAY .

I remember how surprised/pleased/amazed really, I was when I saw the film.

-----------------------------------------------------------

 (Above) -Big Leo and his (slick-backed hair)......when I first arrived in
Lauderdale (Mar 1995), -(my little crowd of boating compatriots I had around me)
used to tease me about my (slicked-backed hair), ..... (-wasn't exactly the style on
board at the time ....it's an outdoor job....unlike in an office.....there's no way to
KEEP it like that all day), -I used to say, .....'Hey, -what can I tell you?!......I'm
from New York City where we're civilized, -this is how we dress in New
York'.....(I would tease them back), .... I used to be a Stockbroker / Securities
Broker (1990/91, for Merrill Lynch & Co.) .....-my slicked back hair was nothing
"new" to me) .......still isn't....... .....my friends would quip....."well your in the
"Big-Time" now (MegaYachts in Lauderdale), -must dress the part!".........I
would say......."yeah, seems I've traded Avery-Fischer Hall and the New York
Philharmonic, for ......."Cheeseburger in Paradise" but we'll see"....(we would go
back and forth like that)......... (I teased my Brit and Commonwealth friends
about the way they say (Aluminum) ....."Aliuminum" .....made a point to tell them
that there's only one "I" in "AL-U-MI-NUM"..... (-: We had a good time just
shooting the breeze /teasing each other, as it were.

(above as described in Affidavit), -the white-tie/tails came from (my remarks
about) Cary Grant, my remarks about (white tie / tails), and specifically from, a
Photo of myself (a self-portrait photo, (April 1995), -(image of (Storyboard of the
film) with (Photo to which I refer, copied / superimposed))....(I had used that
photo in my CV/Resume, early 1995).....I designed/had made, the Crew Jacket (by
a friend in Lauderdale) you see me wearing in the photo.

-----------------------------------------------------------

- (Above photo(s) -I spoke a lot about the actual Vessel ITSELF, -always been one
of my favorites...about the DESIGN of the Vessel...(Fantail Stern (which was also

my favorite Yachts), the four Stacks (at the time one of only four Boats that had them…(though I think four more were "underway" as it were/being or already built)…...elegant looking)), …..'Titanic' was a BEAUTIFUL Vessel, and well-liked by those that had occasion to use her (so briefly as they did……the Crew/the Chefs/etc.). It was a GORGEOUS Vessel. It's NOT SO EASY to make a vessel of THAT Size, -have the 'Lines' (or in Ship Design, we might say, -the 'Half-Hull') ……of a Yacht  -the Accommodations, the Luxury, etc…..( like a big Yacht…),

-the Passengers I spoke of how the how the whole Abandon-Ship situation took place, -with the Wealthy/others giving up their seats in the Boats, the whole tragedy of the situation and what made its sinking such an extraordinary event. And the RESULTS which came from the sinking: -Ice berg lanes/ summer and winter zones/ summer and winter LOAD ZONES/ Lifeboat and PFD regulations/International Regulations which enhanced safety for the ENTIRE INDUSTRY.

-Regarding the Chef aboard Titanic, -NOTE the following: …….."During the sinking of the Titanic, Charles Joughin (and the other chefs) were tasked with bringing food and supplies to put aboard the lifeboats. Joughin ventured onto the top deck and began helping people onto lifeboats and declining to board one himself. Joughin would later throw chairs and other items overboard in hopes to give those who fell overboard something to hang onto". Joughin survived the sinking of the Titanic and managed to keep a level head during the entire disaster. His heroism has gone all but unnoticed over the years". That is why, -he is seen at the climax scene (the sinking of the vessel), -along with Jack and Rose.-also because HE ACTUALLY DID, -"straddle the rail" as shown in the film, -literally one of the last if the not last person into the water. I believe he, or one of the survivors, had said that they just "stepped into the water". There is another, reason, -why Jim, made a POINT of Placing the (Character of the Chef), in that scene, -with me ("Jack"), and Rose. It comes from the fact that a good friend of mine, who I worked with on a Boat, -he was the Chef, …..was one of the people, that information about my character/personality/actions/etc. came from in Lauderdale. My friend, Gary. (It's where the story of me-Jack, turning his nose up and taking on airs comes from, Another reason why the Chef is seen straddling the rail, with me (Jack) and Rose.

–card game at the beginning, (which by the way, one of those days we were sitting around the table, I had some cards with me / asked if anyone wanted to play……), - is where that came from. I still have that deck of cards actually.

(The scene –when Jack see's Rose for the first time, -took place on one of the Boats I worked on / is ergo again, "verbatim" as it were from my life) -again, as with all, -this scene/all of those which came from myself, went into the film in the same context, as that which they came out of my life). At the time I was looking at a girl. –I hadn't noticed that others happen to notice me…..

-The character of "Fabrizio" in the film, is representative of my Best Friend, Capt. Ari Abramson, (SuperYacht Captain).

(Above/below) These are just more 'scenes" if you will, from my own life, and friendships/loves, mostly when young. –More stuff to display my (own personal character).

-the scene, where Rose walks away in a huff, then comes back and says to Jack, your on MY deck please leave, -and his response, etc, etc, etc was a recreation of a verbatim situation in my own life.

-----------------------------------------------------------------------------------

- The character of (Molly Browne), -(as shown in the film, /friendship with 'Jack Dawson'),-is based on (a few different things), Firstly the (actual person herself), (it is also representative of other things, -once again -based ONLY on my own associations or remarks). …..I am INCREDIBLY PLEASED, that Kathy Bates, played this role. I thought that she captured, not only the character of Molly Browne, but even more, that combined with, -the character of those who assisted me/assisted JIM, in the making of this film.   I would AGAIN like to recognize, my friend Mrs. Carole Manto.  May she Rest In Peace.   Carole was a classy elegant graceful intelligent Lady, and a good friend.

- I have said before that my favorite scene in the film is (the scene where Old Rose, walks out on the Aft Deck and climbs up on the rail).   I believe is called "Rose's Theme", ….its the theme of the film playing softly on in the background, as Rose walks out onto the deck in her nightgown.   That music, that theme of the film playing softly in that scene, -from time to time, even when I'm not thinking about

the film at all or anything about it, .....I guess just because of my own mood, how I'm feeling perhaps, perhaps thinking about something, .....That music, from that scene playing softly, oftentimes .....just drifts into my head.   I've heard it said, that Music is window to Heaven.    When I looked up this scene of Old Rose on the aft deck/the theme playing softly, ....(at the bottom of these videos, they have comments people post), I like to share this one with you:

> " My daughter was born disabled and blind but she was transfixed by this soundtrack. Her big beautiful eyes would light up and she would not move while listening to it. She passed away at twelve years of age and she was with me longer than the drs said she would and every time I hear this soundtrack I cry. God bless those who made such beautiful music that touched so many lives.".

I would AGAIN like to recognize, my friend Mrs. Carole Manto.  May she Rest In Peace.   **The entire WORLD, has Carole to thank, for the film 'Titanic" having been made, without her efforts it would not have happened**.    I am GRATEFUL to my friend/Agent, for her efforts, and for believing in me.

----------------------------------------------------------------------------

..... -this scene on the Bow, is VERBATIM, my actions, personality, and character, and are again -taken from my own life experiences /actions, directly.

"Paramount had to send out replacement reels to theatres who had literally worn out their copies." .......YEAH!!!........). The Scenes  -(holding Rose in front of (me )... speaking to her from behind and kissing her from behind)......is taken directly from my own actions/life experiences, (shown as Jack).

Also, the whole thing of (flying) on the Bow while underway, again, came from Jim's own research of me, stories told him /etc. about myself, -the "flying" thing comes from a move that I did when I hear a certain song, (a rift where there are double synthesizers)...it always gave me the feeling of sort of COASTING in the winds like a bird, -I would stick my arms out partially and sort of FLOAT on the air like a bird –rocking back and forth. .....I did that dance move in the Boathouse while washing a Boat, -same one most of those sorts of things in the film come from, (Jim watching me/being told about me (singing on top of the Boat among other things, and what I did).

--------------------------------------------------------------------------------

– As I've said, the entire character of Jack was taken from myself/my actions/life experiences. As is the entire "story" as it were of Jack and Rose. I believe, that this, the last scene, where they meet at the top of the stairs and kiss, was filmed just after (an event which took place in my own life –which is described here or elsewhere in this document) which actually happened during the time period of the filming/creation of Titanic, -in which I saved 4 lives running a Yacht up the Coast. …..this time it was lightening….. It was a very nice thing to have as (a final scene,…..finale' if you will, in the film) I thought. (…..Personally I think they were all amazed, …..they had a lot working against them, during the filming/creation of Titanic), it's nice to have a feeling that your "doing the right thing" And as the Box Office has told since, …..that is CERTAINLY true. It's a BEAUTIFUL Love Story, entirely taken from my own life and experiences ....as 'Jack' so to speak, with the backdrop of my distant relatives aboard 'Titanic's story.

--------------------------------------------------------------------------------

Regarding the (Character of 'Rose'), it is important to note the following: -the character of 'Rose' is made up of (many different things - stories taken from my own life/loves/situations (my friendships/association with different Women)/, 1982-1997) etc.. -As is shown in other scenes, (within the film, -a particular (scene) may be taken from many different situations/etc, -and combined to make (one scene), (or in some instances – a particular scene is based on only one specific thing/event/etc., from my life). For example, -The (whole thing of (falling off the Boat for example, was based on my remarks to my friends/Jim kind of goofing around with that whole theme as it were). Other scenes come from other situations (I've described and other), additionally, ……(the photos, which tell the story of 'Rose's' life, ……shown as the film is ending/the score is playing…….(are taken from remarks I made )…….(such as: -the photo of Rose riding Horses, ……came from verbatim remark by me that ……."I like (Plastic….Elegant Plastic) Girls who are into Horseback riding (English), -very classy feminine pursuit, -chicks and horses go good together". Other of the photos (of 'Rose's' life after Jack/with Jack) were taken from remarks/other, made by me (February/March 1995).

When I first saw this scene, (I saw the Film 3 times over a few day period), -or the first time I saw it/every time since or in future, it's a unusual and special as it were,

experience for me personally, .....watching Old Rose walking out on the Aft-Deck in her nightgown, climbing up on the Rail, and throwing the 'Heart of the Ocean', .....-her Heart, ....back into the Ocean.....(as if to say - even after all those years, and a full life .....well-lived, -her Heart, ...her LOVE, -was STILL THERE with me......'Jack'). It's difficult to describe I know, ....but if you were Me.....'Jack', the person this whole film was built around, and you watched this scene for the first time, KNOWING,.... EXACTLY, -where every moment/nuance came from, -because it was built around YOU, I thought that scene was the most romantic, and wonderful part of the whole film. And as I say, -TRULY!, -a unusual and special moment for me personally watching it. It was just a very poignant /moving experience, -to be the person whom all this –especially what is contained in this scene, -is based on / originated with, -and to watch this scene. ......(I just smiled....kind of in a "stunned" way....)......and was amazed to be seeing what I was seeing. Again, -I MARVEL at Jim's CREATIVE GENIUS, -.....just to capture/display all of that in one scene. ....And am humbled, grateful, and honored, -by my close friends', -gracious, generous, and ELEGANT gesture ......of affection towards me.

As I've said, there are many things about the film which make it truly unique in film history. Jim really outdid himself as it were. I hope this document will help to display some of that to the public. Jim is a unique Artist. For me it was like .....as Jim said about the Music of the Film, -and as I've said and DO SAY about Jim..... - 'He made us ONE with their beating hearts, -as they experienced the kind of love, that we all dream about but so seldom find'.

---------------------------------------------------------------

- To expound on what I've said previously, - the whole thing of ((Cal/the 'Bad-Guy" character), -came from my statements (about Billy Zane, -how I thought he was great in 'Dead Calm' That was also just Jim's creativity, and based on something else I said. (you'll note the following: ......-One thing that seemed......emmm....."OUT OF PLACE" as you'll note, -about the film, -was (some guy (Cal) running around SHOOTING at (me....i.e.....'Jack'), aboard a (sinking 'Titanic'.....). Once again, -it's BASED in fact on statements of mine made at the same time, about a girl I used to see, -I told my friends that I used to tease her,

(when I met her Father, -he seemed like a "good ole boy", -but like ANY Father, -he had that look in his eye, that if he knew we were ("fooling around").....he would have come after me with a shotgun full of salt pellets)....... ......-what can I say?, .....these things OCCUR to a young man I assure you........ (-: Anyway, that's primarily where (one of the various ('vignettes"), (specifically the (one of Cal) primarily came from in the film......(all of it came from me). And it's Jim's creativity to meld it as it were, all these things, into the film. (Note though, -my friends' Mother and Father were in truth, ALWAYS very courteous and friendly to me). Just another one of the stories I told about myself, which were the basis for as I say (the various "vignettes")/themes in the film.

Additionally, (The whole "Boating thing" as it were was / is really unique to myself within our immediate family at the time, though ...as I say...........I have now, as I have ALWAYS had....a lifelong association to the Sea ).

As can be seen from (this document) - both the (thread of the storyline/plot of the film, /everything else interpersonally from the film —as told in the manner of the film), AND (the anecdotes/vignettes which have gone into making each scene), AND (the theme of the Music-in some cases), AND (the Dialogue, in some cases, mise-en-scene in ALL cases), (the IDEAS of HOW to make/stage the film), (the choice of Actors, in some/most cases), (the PERSONALITY/character of the MAIN characters, specifically of/as Jack), and of (the (Poetic License character 'Rose'), are based on my life and past relationships/friendships)/other information put forth by me descriptively/or by others about me, and my (name/ image/ likeness/ words/photograph/ideas/life history and life story/other), originated with myself. Words and Dialogue, VERBATIM out of my mouth, appear THOUGHOUT the entirety of the film.

From those conversations we had around the table in Lauderdale (February/March 1995), only words which came out of my own mouth, were used in the creation of the film. All of the stories/vignettes or anything else which originated with me from around Lauderdale at that same time, or told to Jim about me by friends-which went into making up the film -were a (Description of only my own PERSONAL, -INDIVIDUAL comportment during that time period (1995-1997)/and-or, at other times during my life). -I AM, -the thing which ties all of it together. When you're watching 'Jack Dawson' on the screen, -you're watching

ME (my life, my words, my actions, my story) up there. …..And I'm still amazed!.....grateful, and flattered. -'Titanic' was a wonderful film. Primarily because of the truthfulness feeling of the story. It's an incredible thing, to me personally, to have touched so many people, in a positive way, in a way which I'd have never thought possible.   …..I can only say this: I am Honored, and Humbled, to be with you here.

Regarding our wonderful film 'Titanic'….....…

…..Jealousy from YOU 007 ???!, …… I'm flattered !!!

-Stephen Cummings





-------------------------------------------------------------------------------

*"Sacred to the memory of John Bradley Cumings –*

*Born September 26, 1872, Lost at Sea on S.S. Titanic, April 15, 1912"*