June 3, 2026

To: USDC, District of Columbia, (Attn: CLERK), 333 Constitution Avenue, N.W., Washington, D.C. 20001 :

To the Court:

1.  Please see enclosed NEW CIVIL ACTION to be filed with Clerk's Office :

- js44 Civil Cover Sheet

- AO240woPrepaymentCosts, Motion to proceed in forma pauperis and Financial Affidavit

- Complaint

- Sworn Affidavit of Stephen R Cummings Re 1997 film Titanic - May 2026

- Notice of Interested parties

- Bates Numbered Files (on computer flash/thumb drive) and List of Witnesses

- Motion for Expedited Issuance - Preliminary Injunction – Order to show cause,

- Motion for Expedited Service of Subpoenas

- Motion for Expedited Summary-Default Judgment

- Motion for Expedited Issuance of Case Scheduling Conference Order

- Motion for Preliminary Injunction - Seize film and all proceeds

- Motion for authority to file electronically

- ao088 – Appear at trial – Beverly Martinez

- ao088 – Appear at trial – Jimmy Smalls

- ao088 – Appear at trial – Nicholas Warwick Mockridge III

- ao088 – Appear at trial – Rachel (Doe)

- ao088 – Appear at trial – Richard Manto

- ao088a – Deposition – Beverly Martinez

- ao088a – Deposition - Jimmy Smalls

- ao088a – Deposition - Nicholas Warwick Mockridge III

- ao088a – Deposition - Rachel (Doe)

- ao088a – Deposition - Richard Manto

- ao088b Records James Cameron - Contract with Leo DiCaprio regarding the 1997 film "Titanic"

2. Note: TO CLERK's OFFICE :   I have for your/the Court's convenience, included copies of all "BATES NUMBERED FILES" and-or my possible deposition witness testimony given (highlighted) individually per each witness, on (computer flash drive).

3. Please also note that:   ( The $100,000,000.00 (all taxes paid by the defendants ("Cameron et al.")), I am asking for in damages/ other remittance, (in 1997/8 Dollars was worth 48.94 million)....LESS than Leo DiCaprio got IN 1997 for playing me…..   If I were to I have taken "my 48.94 million", IN 1997, and invested it in only S&P Index Fund Shares and nothing else, "my 48.94 million" would be worth $701.07 million TODAY). If I asked the defendants for interest on "my 48.94 million" of only the average 20 yr T-Bond, (or 4.98%) -again, "my 48.94 million" would be worth ($210.31 million today). – Given that which is stated in my ('Affidavit") and the fact I can prove all stated, …..**I don't think I'm asking that much.   I don't think a Jury would think that I'm asking that much.**

The $2.2 BILLION earned by the film in the first year 1997/98, is now worth $4.56 BILLION today.  **The money ($100 million) I'm asking for represents ONLY 1.13%** of the income grossed in 1997/2026. My…."benefactor" et al (Jim/Leo/Kate), earned over $800million/$1

BILLION, ..... IN 1997, - and as I say…..**30 YEARS…..that's a LONG TIME TO LOSE to invest**/other opportunities missed/delayed.

Thank you for your attention in this matter,

Stephen Cummings

244 Madison Ave (Attn: 1000)

NY   NY   10016